IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN COUCH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-1100-JPG-PMF |
| SALVADOR A. GODINEZ, et al., | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Stephen Couch's second motion for a preliminary injunction (Doc. No. 54). In this motion, Couch identifies defects in the provision of library services to inmates at Menard Correctional Center. He is unhappy with photocopy decisions, methods provided to transport legal documents, provision of supplies, library request forms, a case law loan program, a runner system, document handling, and other services. He seeks assorted forms of relief from Brad Bramlet. Because Brad Bramlet is not a party to this litigation, he did not receive a copy of plaintiff's motion or have an opportunity to respond. This action pertains to medical services, not library services. The motion is opposed (Doc. No. 59).

The legal standard governing a motion for a preliminary injunction was set forth in Doc. No. 62 and is not repeated here. The materials submitted do not satisfy the legal standard. If Couch feels that deficient law library services have interfered with a federal right, he may file a separate lawsuit against those responsible for the deprivation. A motion for a preliminary injunction is not a substitute for litigation. Moreover, the materials on file show that Couch has filed pleadings, motions and supporting documents with the Clerk. He also participated in an evidentiary hearing held on June 16, 2014.

IT IS RECOMMENDED that Couch's second motion for a preliminary injunction (Doc. No. 54) be DENIED.

SUBMITTED: July 30, 2014.

                           s/Philip M. Frazier
                           PHILIP M. FRAZIER
                           UNITED STATES MAGISTRATE JUDGE