screening and visual acuity assessment will be part of this comprehensive health examination. This comprehensive health examination shall be in accordance with the ADs. Vendor shall record the examination results in the offender's medical record in accordance with the ADs.

If an offender is found to be chronically ill, including HIV positive, Vendor will apply diagnostic measures to determine the condition's current degree of control. Vendor will schedule a follow-up visit at an appropriate interval and enroll offender into the appropriate chronic care clinic schedule.

If the physical examination reveals the presence/suspicion of an infectious disease, Vendor will inform Center staff and report all applicable infectious diseases to public health authorities in accordance with state and federal requirements.

From the physical examination results, Vendor will generate for each offender an initial problem list, with an appropriate diagnostic and therapeutic plan for each problem. Vendor will also provide Center staff with recommendations relating to the offender's housing, job assignment, and program participation.

**2.2.3.1.2    Transferring/Transferred Offenders:**

    a.   Offenders undergoing treatment, care or procedures including, but not limited to, surgery, prosthetics, and dental prosthetics and are scheduled to be transferred to another Center shall be placed on a "Medical Hold", if the transfer will interfere with the treatment, care, and procedures of the offender, with the exception of administrative disciplinary or mental health transfers. If an offender is transferred prior to completion of pending treatment to a state facility for which the Vendor is not providing services, Vendor will be financially responsible for the completion of the offender's current course of treatment. Vendor will not be financially responsible for future diagnostic procedures or treatments. The IDOC Medical Director must approve any transfer which takes place for medical reasons before the current course of treatment is completed. Disputes over financial responsibility for services shall be resolved by the IDOC Medical Director on a case-by-case basis.

    b.   Immediately upon an offender's arrival at the Center from another facility, Vendor shall screen the offender. The findings of the preliminary screening and evaluation shall be recorded on an IDOC approved screening form and entered into the offender's medical record. The screening shall include, but not be limited to:

        i.   Inquiry into the offender's current illnesses, communicable diseases, alcohol or chemical use history, medications currently being taken, dental status, and any chronic health problems;

        ii.   Observation of the offender's state of consciousness, mental status, appearance, conduct, bodily deformities and ease of movement, and signs of trauma, bruises, lesions, jaundice, rashes and infestations, needle marks or other indications of drug abuse; and

        iii.   Classification in one of the following disposition categories:

            (1)   Immediate emergency treatment needed;

            (2)   Assignment to infirmary; or

            (3)   Assignment to the general population.

**2.2.3.1.3**    Vendor shall explain to each incoming offender on a one-on-one basis the procedures provided in the screening and for receiving health and dental services as outlined in the Center's offender handbook. Vendor will provide translation, either through bilingual staff it hires or through on-demand services, to offenders who cannot read, speak, or understand English.

**2.2.3.1.4    Periodic Examinations:**   Vendor will provide periodic examinations, including physicals, and tests to offenders in accordance with the ADs.

**2.2.3.2    Consultations:**   Vendor's corporate office shall respond to consultation requests within a specified time period. Vendor has five (5) business days to respond to an elective consultation request and 48 hours to respond urgent and emergency consultation requests, whether such requests are for an inpatient or outpatient procedure. The response may be oral with a follow-up in writing, but the written response must be provided to the On-site Medical Director within five (5) business days after the submission of the request, if elective, or 48 hours after the submission of the request if urgent or emergency. If Vendor's corporate office wishes to deny the consultation request, it must submit a written alternative plan to the On-site Medical Director with a copy to the IDOC Medical Director. The On-site Medical Director may appeal the denial to Vendor's corporate office. Vendor shall develop an appeal/rescind process it will utilize. If Vendor's corporate office rescinds the denial, the consultation services will be provided. If Vendor's corporate office affirms the denial, Vendor will notify the On-site Medical Director in writing with a copy to the IDOC Medical Director. The On-Site Medical Director may appeal to the IDOC Medical Director, who shall make the final determination whether to proceed with the consultation. If Vendor does not respond to a consultation request within five (5) business days for elective consultation requests or 48 hours for urgent or emergency consultation requests, the On-site Medical Director may proceed with the consultation after notifying the IDOC Medical Director.

**2.2.3.3    Treatment Plans:**   Vendor shall ensure that a treatment plan is developed for each offender who requires on-going care. The treatment plan shall include a written statement, which specifies the particular course of therapy and the roles of medical and non-medical personnel in carrying out the course of therapy. The plan shall be individualized and based on an assessment of

the offender's needs, short and long term goals, and the methods by which the goals shall be pursued. When clinically indicated, the treatment plan may provide the offender with access to a range of supportive and rehabilitative services (e.g., individual or group counseling, or self-help groups).

**2.2.3.4 On-Site Specialty Clinics & Special Medical Programs**

**2.2.3.4.1 On-Site Specialty Clinics**

**2.2.3.4.1.1** Vendor shall operate On-Site Specialty Clinics in compliance with the staffing outlined in Schedule E, Exhibit I. Vendor shall arrange and be reimbursed for additional On-Site Specialty Clinics to be conducted as medically necessary and based on the operational needs of the Correctional Center as determined by the CAO. With the approval of the IDOC Medical Director, the Vendor may utilize telemedicine in providing on-site specialty clinics. If these clinics cannot be conducted on-site or telemedicine cannot be utilized, the On-site Medical Director shall assess the situation and, after consultation with the CAO and, when deemed necessary by the CAO and the IDOC Medical Director, make arrangements for the transportation of offenders to health care facilities in the community, subject to IDOC approval.

**2.2.3.4.1.2** For those specialty clinics already in place at the IDOC Centers when this contract commences, Vendor will conduct a thorough analysis of the clinic's utilization and offsite referral volume to determine if changes or additions will improve cost or clinical efficiency. The analysis will be completed and a report of the findings of the analysis presented to the IDOC Medical Director no later than December 31, 2011.

For a Center which Vendor takes operational responsibility for after the commencement of this contract, Vendor will conduct a thorough analysis of the utilization and offsite referral volume of the specialty clinics in place at that Center to determine if changes or additions can improve cost or clinical efficiency. The analysis will be completed and a report of the findings of the analysis presented to the IDOC Medical Director no later than six (6) months after Vendor assumes responsibility of the Center.

**2.2.3.4.2 Special Medical Programs:** The On-site Medical Director shall develop and implement, subject to the approval of the IDOC Medical Director, special medical programs for offenders who require close medical supervision, including chronic and convalescent care. The plan of treatment shall include directions for health care staff and Center staff regarding their roles in the care and supervision of the offender. The special medical program shall service a broad range of health problems including, but not limited to, seizure disorders, diabetes, hypertension, HIV and chemical dependency and such that:

   **a.** All offenders at the Center who have high blood pressure have a blood pressure recorded at their last visit as within normal limits, or, for those whose pressures are not normal, there is a clear plan to achieve a normal blood pressure.

   **b.** All diabetic offenders at the Center have a hemoglobin A1c level within the accepted range, or a clear plan to achieve a level within the accepted range.

   **c.** All offenders at the Center who have AIDS and who are eligible for PCP prophylaxis receive it.

   **d.** All asthmatic offenders at the Center have their disease labeled on the problem list as mild, moderate, or severe.

   **e.** All seizure-prone offenders at the Center have documentation of seizure activity since their last clinic visit.

**2.2.3.5 Infirmary Care and Referrals**

**2.2.3.5.1** Infirmary care shall be available for offenders requiring skilled nursing care, chronic illness care, convalescent care, and those acute and chronic conditions that can be managed on-site. All infirmary encounters shall be documented in the offender's medical record. Vendor shall provide the following when applicable:

   **a.** 24-hour coverage, supervised on-site by a Registered Nurse;

   **b.** Infirmary rounds conducted per shift by nursing staff;

   **c.** 24-hour Physician on-call coverage;

   **d.** Manuals of nursing care procedures;

   **e.** A separate Infirmary Medical Record is completed for each offender's infirmary encounter and/or length of stay. Within 72 hours of discharge from the infirmary it shall be filed and incorporated into the offender's complete medical record retained in the Medical Records Department;

   **f.** Infirmary rounds by a physician at least 3 times per week for acute care offenders and at least once per week for chronic care offenders.

   **g.** Discharge plan and scheduling of a follow-up appointment with a physician.

**2.2.3.5.2** If the On-site Medical Director deems an offender cannot be properly treated in the immediate area, the On-site Medical Director shall refer the offender to a community medical facility that can provide the necessary treatment. This facility shall be approved by HFS and IDOC. Medical furloughs shall be scheduled with security prior to services being performed. Emergency referrals will be sent to the nearest hospital.

2.2.3.5.3   Vendor shall ensure that an offender who is referred off-site for either a specialty clinic visit or emergency care is seen by an on-site physician within five business days after the return of the offender to the Center.

**2.2.3.6   Hospital Services**

2.2.3.6.1   If an offender requires care beyond the capability of the infirmary, Vendor shall arrange for services to offenders who require off-site hospitalization for routine admissions and for emergency situations. An offender who requires care beyond the capability of the infirmary shall be hospitalized at a licensed community facility. With the exception of emergency situations, a recommendation for hospitalization shall require review and approval by the On-site Medical Director. Routine admissions from a Center shall be made to a facility approved by HFS and IDOC. The On-site Medical Director or designee shall review hospital admissions that arise from emergency situations on a daily basis.

2.2.3.6.2   Vendor shall have active utilization review of all hospitalized offenders to achieve the return of the offender to the institution at the earliest as well as the safest time.

2.2.3.6.3   Vendor shall not be responsible for the cost of meals at the hospital for correctional officers who are providing security for hospitalized offenders.

**2.2.3.7   University of Illinois d/b/a University of Illinois Medical Center at Chicago (UIMCC):** Agency utilizes UIMCC for specialty services as described below.

   **a.**   Vendor may refer offenders at specified Centers to the UIMCC without prior approval only from the five specified centers:
1. Stateville Correctional Center (includes the Reception and Classification Center)
2. Pontiac Correctional Center
3. Dwight Correctional Center
4. Sheridan Correctional Center
5. Dixon Correctional Center

   **b.**   The number of referrals per contractual year from all of the specified Centers to the UIMCC shall not exceed 216 inpatient admissions and 2,160 outpatient visits per year unless approved in advance by UIMCC and the IDOC Medical Director. Compensation adjustment, in accordance with Section 3, will be taken if Vendor over utilizes stays/visits during a year.

   **c.**   Cases referred to the UIMCC should be those requiring tertiary care and will be subject to review by the IDOC Medical Director for their appropriateness.

   **d.**   Any referrals to the UIMCC from Centers other than those specified above require the prior approval of the IDOC Medical Director and will count towards the yearly limits of 216 inpatient stays and 2,160 outpatient visits.

   **e.**   Vendor shall not be responsible for the cost of meals at the hospital for correctional officers who are providing security for hospitalized offenders.

   **f.**   Vendor shall have active utilization review of all hospitalized offenders to achieve the return of the offender to the institution at the earliest as well as the safest time.

**2.2.3.8   Offenders with HIV/AIDS and Hepatitis C:** Vendor shall provide all health care services to HIV/AIDS and Hepatitis C positive offenders and shall continue to be responsible for Case Management and Utilization Review for their hospitalization. For non-hospitalized HIV/AIDS and Hepatitis C positive offenders, IDOC will cover all of the pharmaceutical costs of the UIMCC pharmacy related to the treatment of HIV/AIDS and Hepatitis C.

**2.2.3.9   Telemedicine for Treatment of HIV/AIDS and Hepatitis C:** Agency has entered into an Interagency Agreement with the UIMCC for the treatment of HIV/AIDS and Hepatitis C through utilization of telemedicine. All eligible offenders must receive care pursuant to this Agreement. (Eligible offenders are those that are HIV positive or qualify for the Hepatitis C program based on IDOC-established protocols.) This agreement does include pharmaceutical services. Vendor will be responsible for the cost of any procedures ordered for offenders through this service when the procedures are for and related to the treatment and/or workup of HIV/AIDS and Hepatitis C. A Summary of the Responsibilities of the Agreement is attached in Exhibit XIII.

**2.2.3.10   Follow-up to previous surgery or procedure:** If an offender requires hospitalization or other specialty care in follow-up to a previous surgery or procedure, Vendor shall refer the offender to the provider or facility that originally provided the services, when possible. With the exception of state-owned transportation when available and security costs, Vendor shall be responsible for all costs associated with specialty care. If the costs are Hospital Services, the costs will accrue to the Annual Hospital Utilization Threshold.

**2.2.3.11   Coordination of Referrals:** Vendor shall meet, as required, with representatives from hospital and other providers to coordinate the referral of offenders. Policies and procedures shall be developed regarding referral methods, scheduling, transportation, reporting of test results, medical records, acute care hospitalization and offender follow-up, subject to approval by HFS and IDOC. Vendor shall inform the CAO of such meetings and the CAO may attend.

**2.2.3.12   On-site Emergency Care**

2.2.3.12.1   Vendor shall have emergency treatment procedures, including, but not limited to, the following:
   **a.**   In-service education on first aid and emergency procedures;
   **b.**   Written policies and procedures concerning emergency transfer and transportation of offenders;

c.   Emergency 24 hour on-call physician coverage;

d.   Emergency 24 hour on-call psychiatrist coverage;

e.   Arranging with the Center's security if the immediate transfer of an offender is indicated; and

f.   CPR-AED and first-aid and emergency medical response.

2.2.3.12.2   Vendor shall provide on-site emergency medical treatment for IDOC employees, visitors, and Vendor employees who are injured or who become ill while served at a Center.  On-site emergency care shall consist of stabilization and referral to the individual's personal physician or a local hospital.

2.2.3.12.3   If an offender or an IDOC or Vendor employee or subcontractor is exposed to an offender with active tuberculosis, Vendor shall test the individual exposed, including, but not limited to, tuberculin skin testing.  If an offender or an IDOC or Vendor employee or subcontractor, requires testing as the result of an occupational exposure such as a needle stick or bite, Vendor shall provide such testing, including, but not limited to, testing for HIV, Hepatitis B and Hepatitis C.

2.2.3.13   **Medical Records:** Vendor shall keep complete and accurate medical records for all offenders.

2.2.3.13.1   Vendor shall ensure that the medical and mental health staff documents all medical and mental health related encounters in the offender's medical record in the problem-oriented medical record format.  IDOC shall provide Vendor with required medical forms and jackets.

2.2.3.13.2   Vendor shall ensure that medical records are complete and filed promptly and contain accurate legible entries per IDOC Administrative Directives.

2.2.3.13.3   Vendor shall be responsible for all dictation services, including transcribing dictation into medical reports and records.  Dictation services must be kept current and completed within 10 days after the medical service.

2.2.3.13.4   Vendor shall obtain signed consent forms from offenders when necessary.  The form shall be placed in the offender's medical record.

2.2.3.13.5   All medical records shall meet IDOC Standards and, at a minimum, contain the following information:

a.   The completed receiving screening form;

b.   Health appraisal data forms;

c.   All findings, diagnoses, treatments, dispositions;

d.   Prescribed medications and their administration;

e.   Laboratory, x-ray and diagnostic studies;

f.   Signature and title of each documenter;

g.   Consent and refusal forms;

h.   Release of information forms;

i.   Place, date, and time of health encounters;

j.   Discharge summary of hospitalizations;

k.   Health service reports, e.g. dental, psychiatric and other consultations; and

l.   Problem list.

2.2.3.13.6   If an offender's medical record is lost and is not discovered within 48 hours of the discovered lost, Vendor will verbally notify the facility HCUA and appropriate IDOC staff and will arrange for a second medical record to be immediately generated.  Vendor will repeat medical clearance testing for results that cannot be confirmed.  If the medical record is found after the second one has been generated, the two will be joined into a single file.

2.2.3.13.7   If an offender transfers to another correctional jurisdiction, Vendor will prepare a health care transfer summary within 24 hours of receiving the request and forward it in a confidential manner to the receiving facility.  The offender's medical record will be retained in the IDOC archives as an inactive record.

2.2.3.14   **Sick Call:**  Vendor shall conduct sick call in compliance with Administrative Directives and each Center's own procedures. Vendor's nursing staff will review and triage all non-emergency requests within 24 hours of receipt.  For offenders in segregation, Vendor will ensure nursing staff conduct daily rounds on the segregation units and a physician, physician's assistant, or a nurse practitioner will, at a minimum, conduct weekly rounds on such units.

2.2.3.15   **Laboratory Services**

2.2.3.15.1   **Routine Laboratory Services:**  Vendor shall arrange for routine laboratory services and shall notify and consult with the IDOC Medical Director prior to changing laboratory providers.  Vendor shall ensure that all subcontracted laboratory services meet state licensure requirements. The laboratory service shall provide documentation of routine quality control activities when requested by the IDOC Medical Director.  Routine laboratory services shall include:

a.   Laboratory supplies;

b.   Pick-up and delivery on a daily basis, Monday through Friday, excepting state holidays;

c.   A printer connected to the laboratory for test results to be received at each Center;

d.  Reporting capability within 24 hours; and

e.  Phlebotomy services at each Center, as appropriate.

**2.2.3.15.2  Emergency Laboratory Services:**  Vendor shall arrange for all emergency laboratory work to be performed at the hospital or qualified laboratory that is nearest to the Center, and for results to be telephoned immediately to the requesting physician, with a written report to follow.

**2.2.3.15.3  Physician Review:**  Vendor shall ensure that a physician or designee reviews, initials, and dates all laboratory results to assess the follow-up care indicated and to screen for discrepancies between the clinical observations and the laboratory results. This review shall be performed within 72 hours. In the event the laboratory report and the clinical condition of the offender do not correlate, the physician shall re-order the lab test or determine the next appropriate diagnostic step. If a laboratory test is determined to be needed stat, the results shall be reviewed within 24 hours.

**2.2.3.16  EKG Services:**  Vendor shall arrange for EKG Services, and shall notify and consult with the IDOC Medical Director prior to changing EKG providers.  EKG services arranged by Vendor shall include all equipment and supplies with on-site orientation, a computer over-read with immediate response, a printed report of the EKG with a strip within 10 minutes, and follow-up cardiologist review.  Cardiologist over-read will take place within 1 hour on STAT requests and within 24 hours on routine requests.  Equipment maintenance and service will occur within 24 hours after such is requested by the Center.

**2.2.3.17  Dialysis:**  Dialysis services may be provided on-site or off-site. Chronic care dialysis will be performed on-site.

**2.2.3.17.1  IDOC Responsibilities:**  In accordance with 2.2.1.6, IDOC shall be responsible for the actual costs associated with the physical act of dialyzing offenders with chronic renal failure or End Stage Renal Disease, in both outpatient and inpatient settings.  Chronic/end stage renal dialysis is performed for renal failure occurring over an extended period of time, potentially a person's lifetime.  IDOC shall pay for:

a.  A monthly consultation of a nephrologist per chronic dialysis offender or more frequently if indicated.

b.  Commodities specific to the dialysis process and used only for dialysis.

c.  Medications specific to the dialysis treatment, including blood cell stimulating agents.

d.  On-site water treatment and testing, maintenance of dialysis equipment, repair and replacement of dialysis equipment.

**2.2.3.17.2  Vendor Responsibilities**

a.  **Acute Dialysis:**  Vendor shall be responsible for acute, short-term dialysis of an offender when the need results from an insult or injury to the kidney with eventual functional return.

b.  **Chronic Renal Failure:**  Other than those services listed in 2.2.3.17.1 as the responsibility of IDOC, Vendor shall be responsible for all treatment, routine medication and hospitalization of chronic dialysis offenders, whether related or unrelated to chronic renal failure or End Stage Renal Disease including, but not limited to, embolectomy and surgical insertion of fistula/graft.

c.  **Nephrologist:**  Vendor shall be responsible for nephrologist charges during inpatient hospitalization, such as daily visits, surgery or other fees.

d.  **Commodities:**  Vendor shall provide dialysis products and commodities which may be used for other purposes, even if they are used by the dialysis staff in the dialysis process, including, but not limited to, gloves, gauze, needles, intravenous sets, and sterile barriers. Commodities that are specific to the dialysis process (used only for dialysis) are the responsibility of IDOC.  Dialysis specific products are defined as those commodities which are purchased exclusively for the dialysis unit and are not identical products used elsewhere in the medical unit, e.g. dialysate and blood products.

**2.2.3.17.3  Disputes:**  The IDOC Medical Director shall be the final authority regarding any disputed costs or charges by Vendor regarding chronic dialysis.

**2.2.3.18  Radiological Services:**  Vendor shall arrange for Radiological Services, both routine and emergency, to be provided at each Center.

**2.2.3.18.1**  Vendor shall provide and be reimbursed for a radiology technician who shall provide routine x-rays, fluoroscopies, and special studies at the Center.  If an offender requires a procedure that is beyond the capability of the on-site equipment, Vendor shall refer the offender to an off-site health care facility.

**2.2.3.18.2**  Vendor shall provide a radiologist, who must be approved by the IDOC.  Vendor shall ensure that x-ray films are read by the radiologist as is medically necessary, but no later than 72 hours after exposure.  This schedule may be modified with advance approval of the IDOC Medical Director.  The radiologist shall call the On-site Medical Director with any report that requires immediate intervention.  The radiologist shall forward a written report to the Center within one (1) business day after interpretation of the films. All emergency x-rays that are required outside normal business hours shall be performed at a local facility.  A physician shall review, initial and date all x-ray reports within 72 hours of receipt of report.

**2.2.3.19  Transportation**

**2.2.3.19.1**  Vendor shall be responsible for emergency transportation of inmates for medical and mental health care.  If an inmate must be transported by air, Vendor shall arrange for use of a helicopter.  If an inmate must be transported by ambulance, Vendor shall ensure that the ambulance utilized is equipped with life support systems and operated by personnel who are trained in life support and are certified by the State of Illinois.

**2.2.3.19.2**  Vendor shall arrange and pay for initial ambulance transportation of inmates when such services are clinically necessary.  In accordance with 2.2.1.10, Vendor shall arrange and pay for initial ambulance transportation of inmates when such services are clinically necessary.  In accordance with 2.2.1.10, the State shall pay the costs of ground or air ambulance services utilized to transport an inmate from the first hospital to the second hospital when the offender has been admitted for inpatient care and must be moved to another hospital due to medical necessity or if the move has been requested by IDOC.  Such transportation service must occur directly from the original inpatient admission with no break in service.  Claims from the service provider need to be submitted directly to HFS.  Payment by the State will be at the prevailing State rate set by HFS for Medical Assistance recipients at the time of service.  Transportation cost will not be held against the Vendor's Hospital Utilization Threshold.

**2.2.3.19.3**  In the event state-owned handicapped-equipped transportation is unavailable, the vendor shall assume responsibility and cost of alternative transportation to ensure scheduled care occurs.

**2.2.3.20  Health Education/Wellness Programs:**  Vendor shall assist the HCUA in developing and implementing Health Education/Wellness Programs for offenders, that, at a minimum, utilizes posters and pamphlets.  With the approval of IDOC, Vendor shall make formal sessions available to offenders based on their assessed health needs.  Selected topics for these sessions may include:

**a.**  Personal and oral hygiene;
**b.**  Nutrition;
**c.**  Physical fitness;
**d.**  Stress management;
**e.**  Sexually transmitted diseases;
**f.**  Chemical dependency;
**g.**  Tuberculosis and other communicable diseases;
**h.**  Effects of smoking;
**i.**  AIDS (Acquired Immune Deficiency Syndrome);
**j.**  Hypertension/Cardiac;
**k.**  Epilepsy;
**l.**  Diabetes;
**m.**  Dermatology; and
**n.**  Rehabilitation.

**2.2.4  Comprehensive Mental Health Program:**  Vendor shall deliver effective and efficient mental health services on-site to offenders determined to be mentally or emotionally disturbed, due to a chronic mental illness or situational stress.  Vendor shall ensure the services are delivered in a safe, adequate, and cost-effective manner and in compliance with all mental health and healthcare related federal and state statutes, federal and state regulations, ADs, and the IDOC Office of Mental Health Management Procedure Manual.  The services the Vendor provides shall include, but not be limited to, mental health screening, assessment, and evaluation by licensed mental health professionals, mental health treatment in accordance with the mental health treatment plan, monitoring of the offender's mental health status on a regular basis as needed, psychotropic medication, screening for Tardive Dyskinesia, emergency and routine referrals, and ensuring that offenders identified as being developmentally disabled are assessed by a licensed mental health professional and provided treatment and monitoring in accordance with their needs. See Exhibit XV for medical/legal matters pertaining to the comprehensive mental health program.

**2.2.4.1**  For those Centers whose staffing is consistent with the Office of Mental Health Management's recommendations for licensed mental health professionals:

**a.**  Vendor may also provide telepsychiatry service to an offender.  The hours provided through the telepsychiatry service will be considered as part of the time required through the ADs.
**b.**  Vendor shall ensure that all offenders are screened by a licensed mental health professional within one business day upon entry into a Center.
**c.**  Vendor shall ensure that those offenders determined to be mentally or emotionally disturbed, due to a chronic mental illness or situational stress, shall have access to the following services recommended by a licensed mental health professional: a mental health screening and, where applicable, a mental health assessment and evaluation by mental health staff; mental health treatment in accordance with the mental health treatment plan; and monitoring of the offender's mental health status on a regular basis as needed.
**d.**  Vendor shall ensure that offenders identified as being Developmentally Disabled are assessed by a licensed mental health professional and provided treatment and monitoring in accordance with their needs.

**2.2.4.2    Mental Health Screening & Appraisal**

**2.2.4.2.1**   To identify those individuals with mental disorders or suicidal tendencies, licensed mental health professionals will use a standardized, uniform screening instrument to evaluate the mental status of each new or transferred offender upon the individual's arrival at an IDOC correctional center.  Offenders with a positive mental health screening or appraisal will receive further mental health assessment by a licensed mental health professional, along with appropriate care and treatment.

**2.2.4.2.2**   The Vendor shall utilize effective, gender-sensitive screening instruments developed by the National Institute of Justice (NIJ) - the Correctional Mental Health Screen for Males (CMHS-M) and the Correctional Mental Health Screen for Females (CMHS-F).  Along with physical observation of the offender's physical and mental states, the Vendor will also assess depression and suicidal risk through use of the IDOC-approved edition of the Beck Depression Inventory (BDI).  These instruments will be administered by licensed mental health professionals.

**2.2.4.3    Routine Care:**  Vendor shall respond to routine mental health referrals in accordance with IDOC ADs.

**2.2.4.4    Emergency Care:**  Vendor shall respond to emergency mental health referrals the same day and in a manner clinically appropriate to the emergency.  For those centers without a State Mental Health Administrator, Vendor shall provide 24-hour on-call mental health services in accordance with the voluntary response protocol.

**2.2.4.5    General Mental Health Services:**  The Vendor shall provide mental health care to offenders and services shall include, but are not limited to, individualized service planning, proactive case management, group and/or individual counseling, periodic psychiatric monitoring and/or treatment, and psychotropic medication management, as determined necessary.

**2.2.4.6    Individualized Treatment Plans:**  For each offender identified as requiring mental health services, an individualized treatment plan will be developed upon a mental health case being opened.  The plan will be developed by a multidisciplinary treatment team and team membership and goals must be consistent with that identified in the IDOC ADs and the Office of Mental Health Management Procedure Manual.  A psychiatric treatment plan shall be developed by the psychiatrist for each offender prescribed psychotropic medication.  Treatment plans for those offenders prescribed anti-psychotic medications shall include the time table for AIMS testing.  Such psychiatric treatment plans shall be incorporated into the offender's individualized treatment plan.

**2.2.4.7    Group Therapy:**  The Vendor will provide a comprehensive group therapy program as the primary mode of treatment when that modality is deemed clinically appropriate.  Group therapy assignment criteria will be consistent with those identified in IDOC ADs and the Office of Mental Health Management Procedure Manual.

**2.2.4.8    Psychiatric Services:**  The Vendor shall ensure that licensed psychiatrists are available to provide a full range of evidence-based, culturally sensitive and gender-specific psychiatric services. Psychiatrists will provide consultation via face-to-face or telepsychiatric interview for offenders in need of psychiatric evaluation (i.e., exhibiting unusual or bizarre behavior), to establish a diagnosis and to plan for the individual's care and treatment.

**2.2.4.9    Psychotropic Medication:**  The Vendor shall ensure that psychotropic medications or other forms of pharmacotherapy are prescribed only by a psychiatrist (or psychiatric nurse practitioner, if applicable) and only after the provider has conducted a thorough examination, evaluated the patient (including, in the case of females, possible pregnancy), and determined that psychotropic medication is appropriate.  Vendor shall ensure that all psychotropic medication is distributed on a unit dose basis and that the offender is observed taking the medication at the time of distribution by Vendor or State staff. Vendor psychiatrist or psychiatric nurse practitioner will evaluate all offenders within 72 hours after being placed on psychotropic mediation.  All offenders receiving psychotropic medication shall be seen by the psychiatrist at least monthly, unless the offender is determined to be chronically mentally ill and stable according to IDOC ADs, in which case psychotropic monitoring and psychotropic renewals shall occur at the clinical discretion of the psychiatrist every 60, 90 or 120 days.  Vendor shall not prohibit its psychiatrists from prescribing psychotropic medications listed on the approved IDOC statewide formulary or impose any requirements that would impede the prescription of such psychotropic medications. The Vendor's psychotropic program and timeframes to guide triage and follow-up of mental health diagnoses shall operate in accordance with that identified in the IDOC ADs and in the Office of Mental Health Management Procedure Manual.

**2.2.4.10  Tardive Dyskinesia:**  Vendor psychiatrists shall screen offenders who are on anti-psychotic medications for Tardive Dyskinesia once every six months.  Vendor shall utilize a screening instrument authorized by the IDOC Office of Mental Health Management.

**2.2.4.11  Telepsychiatry:**  Telepsychiatry may be implemented and utilized upon agreement by both Agency and Vendor if, prior to telepsychiatry services being performed, written approval is obtained pursuant to Section 2.4.2.  The following are the minimal conditions/stipulations:

a.    Psychiatrist may perform telepsychiatry services to more than one center.

b.    Psychiatrist may perform telepsychiatry services from a correctional center or an off-site location.

c.    The use of hours for telepsychiatry between centers shall be reviewed by Agency monthly.  After these reviews, the use of telepsychiatry hours shall be adjusted to fit the needs of IDOC pursuant to the mutual agreement of the parties.

**d.** Vendor is responsible for all cost and communication line charges associated with telepsychiatry services conducted from a location that is not an IDOC facility.

**e.** Vendor is responsible for supplying at each IDOC center, at no additional cost, all telepsychiatry equipment that must meet the approval of the IDOC MIS manager. This equipment shall become the property of IDOC upon the termination of the Contract. It is the State's responsibility to provide all network and/or Ethernet connections as required to operate this equipment at each IDOC correctional center.

**f.** Offenders being seen via telepsychiatry will be seen for up to 15 minutes for standard medication reviews. This time includes charting. New patients and those requiring a change in drug classification will be seen for up to 45 minutes. This time includes charting.

## 2.2.4.12  Crisis Management Services

**2.2.4.12.1** The Vendor shall provide crisis management of behavioral and/or psychiatric emergencies, such as management of the suicidal, self-mutilating, or decompensating offender.

**2.2.4.12.2** The Vendor shall ensure that licensed mental health professionals are available to provide crisis management 24 hours per day, seven days per week. In the event of a mental health emergency when mental health personnel are not on grounds (at the center), the on-call licensed mental health professional will be contacted telephonically in accordance with the voluntary response protocol. Crisis management services are to be provided in a manner consistent with that identified in the IDOC ADs and in the Office of Mental Health Management Procedure Manual.

**2.2.4.12.3** The Vendor shall assist IDOC's Office of Mental Health Management in developing and implementing a suicide prevention program with related policies and procedures. The essential elements of the program shall include, at a minimum, the following:

    i.    appropriate and timely intake screening and assessment of suicidal ideation/intent of any offender who enters a facility or moves between facilities;

    ii.   adequate referral and evaluation of potentially suicidal offenders;

    iii.  staff training and responsibility for the recognition and immediate reporting of warning signs for self-injurious behavior and suicidal ideations or gestures;

    iv.  final responsibility and authority for the clinical management of offenders assessed as at-risk for serious self-injurious behavior or suicide;

    v.   requirements for, and assignment (ordering) of, suicide observation status;

    vi.  orders for suicide observation status to address observation frequency;

    vii.  housing (crisis care cells);

    viii. diet and eating utensils;

    ix.  approved mattresses, blankets, and privacy apparel;

    x.   standard issue apparel and supplies;

    xi.  re-ordering of crisis watch status;

    xii.  and psychological autopsy and mortality review.

## 2.2.4.13  Developmentally Disabled Offenders

**2.2.4.13.1** The Vendor's mental health staff will evaluate and assess any offender identified as being developmentally disabled to ensure that the offender receives the programming he or she needs, including but not limited to:

    i.    IDOC mental health unit;

    ii.   referral to resources congruent with assessed needs;

    iii.  monitoring of the patient's behavior and adaptation to the correctional environment;

    iv.  participation in programs designed to meet special needs, in accordance with the patient's assessment;

    v.   special education services; and

    vi.  review of any protective custody needs, along with communication of those needs to appropriate facility staff.

**2.2.4.13.2** The Vendor will train staff in the recognition of offenders who may fall into the special needs category, and appropriate mental health staff will conduct a comprehensive mental health assessment to identify the special needs offender and then develop a treatment plan and individualized treatment services to meet the patient's needs. The Vendor will ensure that discharge planning commences as early as possible in the assessment and treatment process, involving community providers to aid the offender in transition to community care.

## 2.2.4.14  Behavioral Health Grand Rounds:
The Vendor shall implement Behavioral Health Grand Rounds as a collaborative, educational, problem solving process in which an individual case that has posed a significant treatment challenge (as identified by the treatment team) is presented to the panel for analysis, discussion, and treatment recommendations in order to improve treatment interventions and deliver the highest quality of care to the patient. Behavioral Health Grand Rounds shall be implemented in accordance with the IDOC Office of Mental Health Management Procedure Manual.

**2.2.5   Pharmaceutical Program:** Vendor shall provide a 24 hour/7 day a week comprehensive pharmaceutical program in compliance with all current and future court orders, laws, regulations and provisions of the Illinois Pharmacy Practice Act, including, but not limited to, prescription drugs and over-the-counter medications utilized to treat all medical and mental health conditions and emergency needs.

**2.2.5.1   Licensure:** Vendor shall ensure that the pharmacy is licensed to provide all pharmacy services for medication distribution at the Center.

**2.2.5.2   Staffing:** Vendor shall arrange for an on-call pharmacist to be available 24 hours a day, for each day of the year, to cover all the centers covered in this contract.

**2.2.5.3   Duties:** Vendor shall provide a Chief Pharmacist to serve as chairman of the Pharmacy and Therapeutics Committee. The Chief Pharmacist shall consult on-site and by telephone with the On-site Medical Director and staff. Vendor shall arrange for a licensed pharmacist, who shall participate every other month with the Quality Improvement Committee, perform third party drug utilization review as requested by the Quality Improvement Committee, and conduct monthly inspections to include, but not limited to, the expiration dates, security, storage and a periodic review of medication records at all of the Centers' areas where medications are maintained.

**2.2.5.4   Packaging:** Vendor must package all medications in light-resistant and humidity-resistant containers, as appropriate, and furnish and supply pharmaceuticals and drugs utilizing a unit of use method of packaging. If each dose is individually labeled and packaged, the label shall include, at a minimum, the drug name, strength, lot number, expiration date and manufacturer. If a modified unit of use system, such as a card or blister pack, is utilized, each card or pack must be labeled as a prescription as required by law. The pharmacy shall label each prescription container, including the offender name, number, location, date, medication name, strength, instructions, prescription number, warnings, prescribing physician, quantity given and pharmacist's initials as required by law. The pharmacy shall package non-controlled, non-abusable medications in no more than a month's supply as allowed by the On-site Medical Director.

**2.2.5.5   Liquid and Injectable Medications:** Vendor shall provide the following:

  **a.** liquid psychotropic medications in unit of use, individually labeled and packaged, as specified by the On-site Medical Director or psychiatrist;

  **b.** other medications in liquid unit of use as specified by the On-site Medical Director;

  **c.** injectable medications as requested by the On-site Medical Director; and

  **d.** hypodermic supplies, including needles, syringes and disposal containers that are tamper proof and puncture resistant, and appropriately dispose of or destroy needles, syringes and medically-related infectious or hazardous waste.

**2.2.5.6   Emergency Stock:** Vendor shall provide on-site emergency dose capability for emergency stock of drugs in unit of use packages to be used in emergency situations or until regular delivery of medications. The IDOC Medical Director shall determine the specific drugs and quantities. Vendor shall provide emergency drugs in sealed emergency kits as requested by the On-site Medical Director.

**2.2.5.7   Discharge:** Vendor shall have the pharmacy fill all prescriptions for a period of two weeks, or in a sufficient quantity to complete the current prescription, whichever is less, when offenders leave the Center on writ or discharge. In addition for those who are discharged, Vendor shall provide a 2-week prescription. Vendor shall provide a 2-week supply of prescription medications for work release or Adult Transition Center transfers in accordance with the ADs.

**2.2.5.8   Formulary:** Vendor shall use the approved formulary issued and distributed by the IDOC Medical Director. The Vendor shall adhere to all procedures that accompany implementation of the IDOC formulary, such as non-formulary requests. Non-formulary requests from site providers will require Vendor approval. Denied non-formulary requests that remain in dispute will be decided by the IDOC Medical Director.

**2.2.5.9   Records**

  **2.2.5.9.1   General:** Vendor shall maintain copies of all prescriptions issued to offenders in a permanent file for a period of five (5) years, and provide copies to the Center within 24 hours after the Center's request. Vendor shall maintain appropriate documentation including, but not limited to, inventory records, controlled drug perpetual inventory, and offender profiles. All documentation shall be open for review by the CAO.

  **2.2.5.9.2   Psychotropic Medications:** Vendor shall maintain records on each offender who is treated with psychotropic medications, whether on a voluntary or involuntary basis, including the diagnosis and types of drugs used. This information shall be maintained in the offender's medical chart and transferred with the offender.

**2.2.5.10   Medication Administration Record**

  **2.2.5.10.1** Vendor shall provide a pre-printed monthly computerized Medication Administration Record (MAR), which shall include all information contained on the prescription label and the name of the practitioner who prescribed the medication. The MAR shall be provided to the HCUA on a monthly basis and as otherwise indicated. The initial MAR must be computer generated with only add-on prescriptions during the month being added to the MAR with a printed label being affixed to the MAR.

**2.2.5.10.2** Vendor shall have the pharmacy provide all medications upon receipt of a facsimile of a written order or a call-in order from the Center's registered nurse, physician or dentist.

**2.2.5.11 Ordering and Delivering:** Subject to the approval of the IDOC Medical Director and HCUA, Vendor shall establish a system of ordering and delivering medications, and of verifying the delivery of the original order.

**2.2.5.11.1 On-site**

    **a.** Vendor shall provide all medications upon a written order or a call-in order from the Center's registered nurse, physician or dentist. The written order may be in the form of a facsimile with the original prescription to be maintained on-site.

    **b.** Vendor shall provide a facsimile (FAX) machine for transmission of the hard copy of orders, or a commercial courier or delivery system, if the pharmacy is local for off-site services.

    **c.** Vendor shall have the pharmacy supply all medications within 24 hours of the order submission, Monday through Saturday excepting holidays, and be able to have the pharmacy deliver all emergency orders within four (4) hours after the called-in order.

    **d.** Vendor shall have the pharmacy arrange for Sunday and holiday delivery within a specified time to be established by each Center.

    **e.** When making deliveries, Vendor must ensure that the pharmacy's staff complies with all sign-in and sign-out procedures, rules and regulations of the Center.

    **f.** The Center's nursing staff, pharmacy technicians and medical technicians may distribute all medications. The Center's nursing staff shall administer medications.

**2.2.5.11.2 Off-site**

    **a.** For off-site services, Vendor shall provide a pharmacy technician to deliver and verify orders per delivery, 6 days per week, at agreed upon days and time or times. In the absence of a pharmacy technician, a certified medical technician or a nurse may deliver and verify orders.

    **b.** Vendor shall provide a facsimile (FAX) machine for transmission of the hard copy of orders, or a commercial courier or delivery system, if the pharmacy is local.

    **c.** The pharmacy shall provide a computer-generated packing slip with each delivery of medication from an off-site pharmacy. The packing slip shall provide detail of doses by offender name, number, date, medication, number of doses, prescription number, and stop date to be verified by the medical and mental health staff assigned to the pharmacy. The packing slip shall also itemize what items were sent, any items that are missing, and an explanation of why the missing items were not included.

    **d.** When making deliveries, the pharmacy's staff shall comply with all sign-in and sign-out procedures, rules and regulations of the Center.

**2.2.5.12 Forms:** Vendor shall provide all forms necessary for ordering, controlled drug log or inventory, offender profiles, prescriptions and other pharmacy forms identified by the HCUA.

**2.2.5.13 Over-the-Counter Products:** Vendor shall not be responsible for providing any products to the commissaries. Vendor shall supply all over-the-counter products that are utilized in the health care unit. Vendor shall provide an item that is requested for an offender by a physician, physician assistant, nurse, dentist or medical technician, even if that product is available to the offender from the commissary.

**2.2.5.14 Back-up Plan:** Vendor shall maintain a system for ensuring the retention of all computer-stored data and a backup system for the delivery of services during computer "down time", including, but not limited to, accepting call-in orders from a registered nurse, physician or dentist to a pharmacist.

**2.2.6 Dental Program:** All dental services must be provided under the direction of licensed dentists and in accordance with IDOC ADs on dental care. Vendor shall provide dentists that are licensed in the State of Illinois.

**2.2.6.1 Routine Services:** Vendor shall provide dental checkups to offenders every two years, or more often if clinically indicated, and evaluations must be provided within 14 days after the offender's request for routine care treatment.

**2.2.6.2 Emergency Services:** Vendor shall respond to dental emergencies within 24 hours after occurrence with a dentist or suitable healthcare staff. Urgent-painful cavities hindering an offender's ability to eat must be treated within three (3) business days.

**2.2.6.3 Dental Prosthetics:** Vendor shall provide dental prosthetics to offenders when the dentist and On-site Medical Director determine that the offender's health would be adversely affected if a dental prosthesis was not provided. The IDOC Medical Director, in consultation with the IDOC-designated dental consultant, shall resolve disputed cases. Replacement of dental prosthetics that were lost or damaged through the offenders' negligence or abuse is at the discretion of the dentist based on priority of need, and may be charged to the offender.

**2.2.6.4 Dental Laboratory Services:** Vendor shall provide dental laboratory services to the Centers under a subcontract. The dental laboratory subcontractor shall not be changed without the consent of the IDOC Medical Director.

**2.2.6.5   Extractions:** If a front tooth or a series of front teeth are extracted while the individual is in IDOC custody, or a prosthetic that was made before entering IDOC custody is broken or lost through no fault of the offender, Vendor shall supply the dental prosthesis at Vendor's expense. If the missing tooth is non-visible, the prosthesis need not be made, unless there are three or more missing teeth needed for mastication in the judgment of the dentist.

**2.2.6.6   Edentulous:** If the offender was edentulous before entering the custody of IDOC, then the dentist shall determine whether the offender requires dentures or dental prosthetics for this condition.

**2.2.6.7   Oral Surgery:** Vendor shall provide oral surgery services on an as-needed basis. Vendor may provide such services on-site or with an off-site oral surgeon.

**2.2.7   Vision Program**

**2.2.7.1   Services:** Vendor shall provide optical services from a qualified optometrist who shall examine offenders who present with a complaint. Vendor shall arrange for the provision of eye examinations, which shall be performed in accordance with ACA Standards and IDOC performance-based audit standards. Vendor shall secure any necessary ancillary site-specific licenses required by law for the optometrist to provide on-site services.

**2.2.7.2   Eyeglasses/Prosthetics:** Vendor shall provide eyeglasses through Illinois Correctional Industries and must provide other prosthetics when an Ophthalmologist clinically indicates such.

**2.2.8   Implementation and Administration**

**2.2.8.1   Vendor** will provide a detailed implementation timetable which identifies the Contract implementation work plan, appropriate staffing with required licenses and/or certificates, functions, responsible parties, and beginning and completion dates. Certain administrative and systems functions must be completed prior to the effective date of the Contract. The timetable should serve as an actual work plan and should include, but not be limited to: initial planning meetings, implementation/development of on-site/off-site comprehensive medical and mental health services for offenders, appropriate staffing for account administration including on-going staffing to maintain required service levels, coordination with Agency staff, periodic update meetings, communications development, contract development and execution, transition of active cases, coordination with the current Vendor, systems development, and staff training schedule. The Vendor's timetable is attached to this contract as Exhibit XII.

**2.2.8.2   By** June 1, 2011, Vendor will submit a detailed implementation work plan for the four (4) Centers it will begin to deliver services on September 1, 2011 (see Section 2). This work plan will identify the tasks to be completed, responsible parties, and beginning and completion dates and serve the same purpose and contain the same information as the implementation work plan identified in 2.2.8.1.

**2.2.8.3   Vendor** will ensure that there will be no interruption in offender health services when the Contract commences.

**2.2.9   Additional Facilities:** Should additional IDOC Center(s) be opened during the term of the contract, Vendor agrees to provide the identified medical and mental health services to the additional IDOC Center(s) at the rates in accordance with the contract and any amendment(s) thereto in effect at the time medical and mental health services are needed. This provision of additional services is subject to the review and approval of HFS and IDOC.

**2.2.10   Effective Communications with Offenders:** Vendor is financially and procedurally responsible for providing effective communications during the delivery of medical and mental health services to an offender, including the use of qualified sign language interpreters, foreign language translation services, and other auxiliary aids and services that meet the effective communication needs of each individual offender.

**2.3   MILESTONES AND DELIVERABLES**

**2.3.1   Unless** otherwise specified, beginning May 16, 2011 Vendor shall perform all functions and services described in Sections 2 and 7, which includes fulfilling any deadlines and time parameters set forth in said sections.

**2.3.2   On-Site Specialty Clinics:** For all specialty clinics in place when this contract commences, Vendor will conduct a thorough analysis of the clinic's utilization and off-site referral volume to determine if changes will improve cost or clinical efficiency. A report of the analysis will be given to the IDOC Medical Director no later than December 31, 2011. For those Centers which come under this contract on September 1, 2011, the Vendor will perform the same analysis of the specialty clinics at those Centers and provide the IDOC Medical Director with a report by February 29, 2012. See Section 2.2.3.4.1.2.

**2.3.3   Subcontracts:** Within 20 days after the effective date of this contract or within 20 days of the execution of a subcontract, whichever is later, Vendor shall provide IDOC and HFS with copies of all its executed subcontractors including, but not limited to, those with hospitals, physicians, and dentists. See Sections 2.5.3.1 and 2.5.4.

**2.3.4**   **Quality Improvement Committee Annual Report:**  The Quality Improvement Committee shall present an annual report to the IDOC Medical Director that is based on the data it gathers and monitors throughout the year. See Section 7.1.2.1.1.

**2.3.5**   **Management Information System:**  Vendor shall provide the appropriate level of computers, printers and fax machines to the Health Care Unit of each Center within 90 days after the effective date of this Contract. See Section 7.3.1.  For those centers which become a part of this contract on September 1, 2011, the Vendor shall have until November 29, 2011 to provide the appropriate level of computers, printers and fax machines to the Health Care Unit of each Center.

**2.3.6**   **Disaster Recovery Plan:**  Vendor shall submit a Disaster Recovery Plan prior to the effective date of this Contract and annually thereafter. See Section 7.3.2.

**2.3.7**   **Emergency Procedure Orientation:**  Vendor shall orient all State and Vendor employees to the emergency procedures of the Center within 120 days of the effective date of the contract or 120 days from assuming responsibility for a Center under this contract, whichever is applicable.  See Section 7.5.2.

**2.4**   **VENDOR / STAFF SPECIFICATIONS:**

**2.4.1**   **Personnel:**  Vendor shall recruit and interview only candidates who have provided documentation of healthcare qualifications, experience and letters of recommendation and/or positive references.  Vendor shall interview each candidate with special focus on technical expertise, emotional stability, and motivation. The final selection of all employees and subcontractors shall be subject to approval by IDOC, with HFS involvement as requested by IDOC. Vendor shall engage Illinois licensed and qualified personnel to provide professional coverage for the Centers according to the Staff Positions Required and Job Descriptions in Exhibit III.  Documentation of licensing and accreditation for all hospitals, clinics and providers utilized must be made available to the Center and to HFS upon request.  Vendor shall ensure that all staff members comply with the Contract specifications, and that the employees and subcontractors who provide services under this Contract are skilled in the profession for which they will be used.  In the event that HFS or IDOC determines that any individual performing services for Vendor hereunder is not providing such skilled services, HFS and IDOC shall promptly so notify Vendor, and Vendor shall replace that individual. All screened candidates shall make an on-site visit to the Center prior to beginning employment.  Vendor shall provide pager service to its physicians, psychiatrists and licensed mental health professionals, so that they may be contacted while off-site.

**2.4.1.1**   **Background Checks:**

**2.4.1.1.1**   The Vendor and its personnel, including volunteers, and sub-contractors shall be subject to a complete background investigation of the IDOC prior to providing services for the IDOC and at periodic times during this contract as determined by the IDOC and pursuant to its ADs.

Vendor shall screen all prospective employees, contractors and sub-contractors, and any parties directly or indirectly affiliated with this Contract, prior to engaging their services under this Contract.  All employees, contractors, and subcontractors and any parties directly or indirectly affiliated with this Contract shall be screened at least annually by:
**a.**   requiring that current or prospective employees, contractors or sub-contractors and any parties directly or indirectly affiliated with this Contract, to disclose whether they are Excluded Individuals/Entities; and
**b.**   reviewing the list of sanctioned persons maintained by the HFS' Office of Inspector General (OIG) (available at http://www.state.il.us/agency/oig), and the List of Excluded Individuals/Entities maintained by the U.S. Department of Health and Human Services OIG (HHS/OIG) (available at http://www.dhhs.gov/oig).  For purposes of section (a) and (b), "Excluded Individual/Entity" shall mean a person or entity which:
   **i.**   under Section 1128 of the Social Security Act, is or has been terminated, barred, suspended or otherwise excluded from participation in, or as the result of a settlement agreement has voluntarily withdrawn from participation in, any program under federal law, including any program under Titles XVIII, XIX, XX or XXI of the Social Security Act;
   **ii.**   has not been reinstated in the program after a period of exclusion, suspension, debarment, or ineligibility; or
   **iii.**   has been convicted of a criminal offense related to the provision of health care items or services in the last ten (10) years.
Vendor shall terminate its relations with any employee, contractor or sub-contractor immediately upon learning that such employee, contractor or sub-contractor meets the definition of an Excluded Individual/Entity, and shall notify the OIG of the termination.

**2.4.1.1.2**   The requestor shall complete in its entirety the appropriate Request for Background Investigation Information as determined by the Central Screening Unit of IDOC.  The request for information includes, but is not limited to, the disclosure of the name, date of birth, and social security number of Contractor and Contractor's employees, volunteers, and on-site sub-contractors to facilitate background checks of individuals before any service by that

individual is rendered to the IDOC. IDOC shall provide the requestor with the appropriate background investigation packet for completion.

**2.4.1.1.3** Vendor's personnel and those of its subcontractors may be required to undergo a urinalysis or blood test if there is reasonable suspicion to believe they are under the influence of or using alcohol, controlled substances, including marijuana, and shall be subject to random drug testing.

**2.4.1.2** **Compliance with Law:** All Vendor personnel shall comply with all current and future State, Federal and local laws and regulations, court orders, Executive Orders, Administrative Directives, center directives, professional licensing standard, and the policies and procedures of IDOC, the Center, and HFS as necessary.

**2.4.1.3** **Personnel Files:** Vendor shall maintain personnel files on all contract employees at the Health Care Unit of the appropriate Center, and shall make these records available to the Center's CAO. The files shall include, but not be limited to, copies of current Illinois licenses and privileges or proof of professional certification, evaluations, and salary and payroll records.

**2.4.1.4** **Evaluations:** Vendor shall properly complete employee evaluations for its employees, in accordance with applicable state rules and all Vendor policies and procedures. Vendor's staff shall participate in disciplinary hearings of IDOC and Vendor employees conducted by IDOC or Vendor. The HCUA and/or psychology administrator, where applicable, whether employed by Vendor or the IDOC, shall participate in or conduct evaluations of appropriate Vendor or IDOC employees.

**2.4.1.5** **Medical Examinations:** Vendor shall provide pre-assignment medical examinations of new employees, of employees returning to work when requested by the CAO, and of all staff working in food services. Vendor shall provide a psychological/psychiatric evaluation for any employee when requested by the CAO with the approval of the respective IDOC Deputy Director and the IDOC Chief of Mental Health Services. Employees examined may be the Vendor's or IDOC's.

**2.4.1.6** **Administrative Issues:** If there is an urgent administrative issue, IDOC shall contact Vendor and Vendor shall respond within 15 minutes to these requests. Vendor shall ensure that its contact person is equipped with appropriate electronic equipment for notification for this purpose. If there is a non-urgent administrative issue, IDOC shall contact Vendor, and Vendor shall respond within 48 hours.

**2.4.1.7** **Security:** Vendor and its personnel shall be subject to and shall comply with all security regulations and procedures of IDOC and the Centers. Violation of regulations may result in the employee being denied access to the Center. The Vendor will be notified of any such action. In such an event, and subject to IDOC approval, Vendor shall provide alternate personnel to supply services under this Contract.

**2.4.1.8** **Work Schedule and Additional Duties:**
  **a.** Work schedule hours may be adjusted by agreement between the Center CAO and Vendor.
  **b.** All temporary or permanent work schedule hour adjustments shall be pre-approved, and shall be recorded on the monthly schedule, an "Adjusted Service Request for Temporary/Permanent Changes" (ASR) form (Exhibit V), or a "Temporary Staff Schedule Change Request" (TCR) form (Exhibit XVI), as appropriate. All ASR and TCR forms shall be signed by the Facility CAO or designee, Vendor representative, IDOC Medical Director and/or the IDOC Chief of Mental Health Services, and IDOC Budget Manager, as required.
  **c.** Subject to the approval of the IDOC Medical Director, Vendor's staff shall assist the HCUA in designing and implementing policies, procedures and protocols for the health care unit and medical staff, which shall become the property of the Center.
  **d.** Subject to the approval of the IDOC Chief of Mental Health Services, Vendor's staff shall assist the psychology administrator in designing and implementing policies, procedures and protocols for the mental health department and mental health staff, which shall become the property of the Center.
  **e.** Vendor shall ensure that its staff promptly reports any problems or unusual incidents to the CAO.
  **f.** Vendor's personnel shall participate in on-site or off-site functions during working hours as approved by the CAO, including, but not limited to, Vendor reviews, budget meetings, and conferences. If attendance at these functions is requested by IDOC, the Vendor shall be reimbursed accordingly.

**2.4.1.9** **Termination of Employment:** Vendor shall notify and consult with the CAO and IDOC Medical Director and/or the IDOC Chief of Mental Health Services as soon as possible prior to discharging, removing or failing to renew the contracts of professional staff and subcontractors, including, but not limited to, laboratory, EKG, pharmacy, dental laboratory and hospitals. To the extent the termination affects 2.5.1 by assigning or transferring this contract in whole or in part, by the Vendor, then approval from the State must be obtained pursuant to 2.5.1, with appropriate notice.

**2.4.1.10** **Job Descriptions:**
  **a.** Vendor shall give each member of the medical staff a written job description, approved by the HCUA or IDOC Medical Director, which clearly delineates the staff member's assigned responsibilities. Vendor and IDOC shall monitor performance of medical staff to ensure adequate job performance in accordance with the job descriptions and other provisions of this Contract. HFS will have input into determination of the assigned responsibilities and monitoring of performance.
  **b.** Vendor shall give each member of the mental health department staff a written job description, approved by the psychology administrator or IDOC Chief of Mental Health Services, which clearly delineates the staff member's assigned

responsibilities. Vendor and IDOC shall monitor performance of mental health staff to ensure adequate job performance in accordance with the job descriptions and other provisions of this Contract. HFS will have input into determination of the assigned responsibilities and monitoring of performance.

c.  Only functions related to this Contract shall be delegated to Vendor's employees or independent contractors as delineated in the job descriptions approved by IDOC and HFS. Corporate functions and tasks of Vendor, such as submission of processing payroll or other non-site specific activities, shall be considered Vendor corporate functions and will not be performed at IDOC expense or during IDOC business hours.

d.  All positions identified in this Contract have direct and sole responsibility to perform direct service to the IDOC and each position, including clerical, is essential to the operation of the Health Care Unit and/or mental health department and the provision of health and mental health services to offenders.

**2.4.1.11  Key Personnel:**  The IDOC Medical Director shall be involved in the interviewing process for the On-site Medical Director. The IDOC chief of Mental Health Services shall approve the qualifications for the facility licensed mental health professionals and psychiatrists.

**2.4.1.12  On-site Medical Director:**  The On-site Medical Director at the Center shall serve as the medical authority and shall coordinate with the HCUA in the execution of the duties under this Contract. The On-site Medical Director shall operate the medical and mental health program in accordance with State Regulations and statutes, and in accordance with accepted standards of medical practice. The On-site Medical Director shall plan, implement, direct and control all clinical aspects of the medical and mental health program. In addition to administrative responsibilities, the On-site Medical Director shall also provide primary healthcare services on a routine basis.

**2.4.1.13  Non-Competition Clauses:**  Vendor is prohibited from entering into covenants "Not To Compete" or Non-Competition Clauses with employees, subcontractors or independent contractors, or any party specifically related to the performance of any obligation required under this Contract, including, but not limited to, hospitals, which would prohibit said employee, subcontractor or independent contractor from competing, directly or indirectly, with Vendor. For the purpose of this paragraph, the term "competing, directly or indirectly, with Vendor" shall mean entering into, or attempting to enter into, business with any individual, partnership, corporation or association that was or is in the same or related business as is Vendor, with the intention of conducting any business, or component of business, that is similar to that carried on by Vendor.

**2.4.1.14  Employee Training and Orientation**

**2.4.1.14.1**  Vendor shall provide all new medical and mental health personnel with orientation regarding medical and/or mental health practices, protocols, policies and procedures at the Center. Vendor staff shall not be reimbursed for additional hours over the standard shift during the orientation period. Orientation regarding other Center operations will be the responsibility of the Center. Vendor shall ensure that all full-time medical and mental health staff, except psychiatrists, physicians, and dentists, are scheduled and available to receive 40 hours of pre-service training at the IDOC Training Academy within the first 60 days of employment or next available date as determined by IDOC. Such hours will count as hours worked and will not be adjusted out of the Vendor's monthly payment. Vendor's staff may utilize the IDOC campus dormitory rooms and dining room during pre-service training free of charge, contingent on the availability of the rooms and the operational status of the kitchen. IDOC will not reimburse Vendor for travel expenses, off-campus meals, hotel accommodations, or for any staff hours beyond the standard shift.

**2.4.1.14.2**  Vendor shall establish a medical library on-site at the Center for use by the medical and/or mental health staff. The library shall include, at a minimum, a current medical dictionary, Physician's Desk Reference, pharmacology reference, Diagnostic and Statistical Manual of Mental Disorders (DSM), ACA standards manual and other books and periodicals recommended by the Quality Improvement Committee. It shall also include electronic access to periodicals as approved by the Center's CAO. At the termination of this Contract this library shall become the property of IDOC.

**2.4.1.14.3**  Vendor shall provide appropriate in-service education programs. All full-time medical and mental health staff, except for dentists, psychiatrists, and physicians, shall receive 40 hours of in-service training per contract year. Training topics shall include at least the following:

a.  CPR-AED;
b.  First Aid;
c.  Response to medical emergency or disaster;
d.  Recognizing signs and symptoms of mental disorders or chemical dependency;
e.  AIDS;
f.  Additional topics as requested and agreed upon by the Center's CAO, IDOC Medical Director, IDOC Chief of Mental Health Services, HFS and Vendor's staff.

2.4.2    **Staffing and Schedules**

2.4.2.1    **Staffing Schedules:** Pursuant to Exhibit II, Staffing Schedules, all hours shall be spent on-site at the Centers except as otherwise expressly agreed to by the HCUA and/or IDOC Medical Director or IDOC Chief of Mental Health Services and CAO. Vendor shall arrange for one nurse per shift to arrive 15 minutes before the regular shift begins in to order perform the end-of-shift medicine and instrument count with a nurse from the previous shift. This will be considered overtime and reimbursement for this time shall be performed during the monthly reconciliation.

2.4.2.2    **Schedule E Changes:** A Center's Schedule Es, as set forth in Exhibit I, may be modified without requiring an amendment to this Contract, provided that any modification of a Schedule E does not cause the estimated obligation of the Agency under this Contract to increase. If modification of a Schedule E will cause the estimated obligation of the Agency under this Contract to increase, the change will be subject to a fully executed contract amendment. To modify a Schedule E, IDOC and Vendor shall complete an "Adjusted Services Request for Temporary/Permanent Changes" (ASR) form (Exhibit V), which shall be signed by representatives, authorized to bind the IDOC and Vendor. The completed and signed Request and the revised Schedule E shall be promptly forwarded to the HFS Contract Monitor.

2.4.2.2.1    Hours allocated for psychiatrist on the Schedule Es that cannot be filled on-site at the Center may be converted to telepsychiatry hours if approved by the IDOC Chief of Mental Health Services and CAO prior to the telepsychiatry service being provided. Representatives authorized to bind both IDOC and the Vendor prior to the telepsychiatry hours being worked shall sign an ASR form.

2.4.2.2.2    Excess psychiatry hours allocated on the Schedule Es for a Center may be transferred to another Center to be used for telepsychiatry services if there is a need of additional hours. In order to accomplish this transfer, Vendor shall complete an ASR, which shall be signed by representatives authorized to bind the IDOC and Vendor, prior to the hours being transferred and services being provided.

2.4.2.2.3    Permanent changes in psychiatry hours shall be reflected in the Schedule Es. Hours on the Schedule Es and the Staffing Schedules may be modified if telepsychiatry services are to be utilized. The modification of hours shall not require an amendment to this Contract provided that any modification of a Schedule E does not cause the estimated obligation of IDOC under this Contract to increase.

2.4.2.2.4    When conducting telepsychiatry from a location that is not at an IDOC facility, the combined total for both off-camera and on-camera hours shall not exceed 15 or 45 minute increments per offender per the increment guidelines defined in the following bullet points. Psychiatrist shall be compensated at the hourly psychiatrist rate established in Schedule E pursuant to the following defined time increments:

- 15 minute increment for each routine medical review, including charting.
- 45-minute increment for initial contact medical review or a medical review with complications, including charting. Vendor shall document all medical reviews that require this extended review with complications.

2.4.2.2.5    Telepsychiatry hours shall be documented and submitted in writing by the Vendor for payment. Telepsychiatry hours that were previously scheduled and approved may be utilized for other psychiatry related administrative duties during a lockdown period or operational delay. Telepsychiatry hours exceeding the approved Staffing Schedule shall not be paid unless approved in advance by the CAO, according to the procedures outlined by the CAO and psychology administrator and/or IDOC Chief of Mental Health Services. Telepsychiatry hours shall not be paid in the absence of a report detailing offenders served and level of review as outlined in the section above. Said report shall be submitted monthly and verified by the HCUA. Verified reports will be provided to the Business Administrator for use during monthly reconciliations.

2.4.2.3    **Full-time staff:** Full-time Vendor staff shall be on-site for 40 hours per week, comprising a 37½-hour work schedule, plus a 30-minute, on-site meal period for each shift. Required breaks and 30-minute meals shall be counted as hours worked. Vendor may grant compensatory time to its employees, in lieu of cash overtime, in accordance with Vendor's personnel policies, provided that the grant of compensatory time does not interfere with the operations of the health care unit and/or the mental health department.

2.4.2.3.1    All of Vendor's employees, subcontractors and independent contractors shall comply with the Center's sign-in and sign-out procedures.

2.4.2.3.2    Vendor shall provide staff during all hours scheduled in staffing schedules. If the individual normally assigned by Vendor to provide services according to that schedule is not available, Vendor shall provide an appropriate replacement to cover the services as scheduled. All replacements shall require advance written approval of the CAO, with the exception of PRN and agency workers who have been approved through the IDOC clearance process.

2.4.2.3.3    Vendor's employees or independent vendors may be required to work overtime to meet IDOC operational needs.

2.4.2.3.4 A full-time On-site Medical Director performing physician services at an IDOC facility that does not have a Physician rate listed on the Schedule Es, shall be compensated for physician services at a rate as determined by Agency through comparison of rate on Schedule E at a similar facility. In any instance where a Physician is filling a position at a facility that is described on a Schedule E and that physician is also providing services at a higher rate at another facility, the physician shall be reimbursed at the rate assigned by the Schedule E to the facility where that physician is filling the position.

2.4.2.3.5 In the event any staff fills in under a title that is at a different and lower rate, Vendor will be compensated at the lower rate.

**2.4.2.4   Collective Bargaining Employees:**  The previous vendor's employees who performed the services under the previous contract were covered by a collective bargaining contract. In accordance with Illinois law (30 ILCS 500/25-80) and where applicable, Vendor must (a) offer to assume the collective bargaining obligations of the prior employer, including any existing collective bargaining agreement with the bargaining representative of any existing collective bargaining unit or units performing substantially similar work to the services covered by the contract subject to its bid or Offer, and (b) offer employment to all employees currently employed in any existing bargaining unit performing substantially similar work that will be performed under this contract. The salary/fringe rates paid to union employees by Vendor may be no less than the ratified collective bargaining agreement. Vendor shall comply with any applicable successorship requirements without challenge.

## 2.5   ASSIGNMENT AND SUBCONTRACTING

2.5.1   This contract may not be assigned or transferred in whole or in part by the Vendor without the prior written consent of the State.

2.5.2   For purposes of this section, subcontractors are those specifically hired to perform all or part of the work covered by this contract and meet the following criteria:
   1) there is a contractual agreement between Vendor and subcontractor, and
   2) the estimated annual value of the subcontract is more than $25,000.

Will subcontractors be utilized?   ☒ Yes   ☐ No

2.5.3   Vendor shall provide a list of the names and addresses of all authorized subcontractors to be utilized by Vendor in the performance of this contract, together with a description of the work to be performed by the subcontractor and the anticipated amount of money that each subcontractor is expected to receive pursuant to this contract. Agency reserves the right to request this list at any time. See Exhibit VI for a list of Vendor's subcontractors. This list may be updated by Vendor without a contract amendment.

2.5.3.1   Within 20 days after the effective date of this Contract or within 20 days of the execution of the subcontract, whichever is later, Vendor shall provide Agency with copies of all its subcontracts. These subcontracts shall be attached to and incorporated into this Contract as if fully set forth therein. These subcontracts shall identify the names and addresses of all subcontractors utilized by Vendor in the performance of this Contract, together with the anticipated amount of money that each subcontractor is expected to receive pursuant to this Contract. Vendor shall be responsible for all dealings with its subcontractors, and shall answer any question posed by Agency regarding them or their work within 15 days after receipt of the question. Failure to submit contracts within the 20 day deadline, or failure to respond to inquiries to HFS and IDOC in a timely manner, may be the grounds for adjusted compensation. The Agency may request updated information at any time. For purposes of this section, subcontractors are those specifically hired to perform all or part of the work of this Contract or to provide the supplies requested by the Agency.

2.5.3.2   Vendor shall provide independent contractors and subcontractors with a utilization management protocol as a component of the subcontract. This protocol shall delineate utilization review non-payment criteria.

2.5.3.3   Vendor shall reimburse all subcontractors within 60 days after the date of billing. Any disputed charges or non-payment, in whole or in part, to independent contractors or subcontractors, including service or hospital providers, shall be explained in writing with a copy to the HCUA and Chief of Administration, within 60 days after the date of billing.

2.5.4   The Vendor shall notify the Agency of any additional or substitute subcontractors hired during the term of this contract. In conformance with Section 2.5.3.1, Vendor shall provide Agency a copy of all such subcontracts within 20 days of execution of the subcontract.

2.5.5   All subcontracts must include the same certifications that Vendor must make as a condition of this contract. Vendor shall include in each subcontract the subcontractor certifications as shown on the Standard Subcontractor Certification form available from the State.

2.5.6   The Business Enterprise Program Act for Minorities, Females and Persons with Disabilities (BEP) (30 ILCS 575) establishes a goal for contracting with businesses that have been certified as owned and controlled by persons who are minority, female or who have disabilities. Vendor is required to make a good faith effort to meet a Business Enterprise Program goal of 15% during the term of this contract. This

goal is also applicable to change orders and allowances within the scope of work provided by the certified vendor. See Exhibit VII for a list of BEP subcontractors and Vendor's utilization plan.

2.5.7    Vendor agrees to assume all risk of loss and to indemnify and hold the Agency and its officers, agents, and employees harmless from and against any and all liabilities, demands, claims, suits, losses, damages, causes of action, fines or judgments, including costs, attorneys' and witnesses' fees, and expenses incident thereto, for Vendor's failure to pay any subcontractor, either timely or at all, regardless of the reason.

2.6      **WHERE SERVICES ARE TO BE PERFORMED:** Unless otherwise specified in this section all services shall be performed in the United States. If the Vendor manufactures the supplies or performs the services purchased hereunder in another country in violation of this provision, such action may be deemed by the State as a breach of the contract by Vendor. Vendor shall disclose the locations where the services required shall be performed and the known or anticipated value of the services to be performed at each location. If the Vendor received additional consideration in the evaluation based on work being performed in the United States, it shall be a breach of contract if the Vendor shifts any such work outside the United States.

The Vendor shall commit to maintaining an Illinois presence for the duration of the Contract, defined at a minimum, as a Regional Vice President of Operations, five (5) Regional Managers / Administrators, two (2) Statewide Medical Directors, a Statewide Mental Health Director, and sufficient clerical and/or administrative staff to support the operation of an Illinois regional office. The staff will be placed throughout the state, geographically located to best serve the needs of IDOC. Vendor may make changes to this with the State's approval, which the State will not unduly withhold.

Location where services will be performed   Various Illinois locations _____
Value of services performed at this location   $595,120,948 _____

Location where services will be performed Pittsburgh, PA _____
Value of services performed at this location   $28,871,636 _____

2.7      **SCHEDULE OF WORK:** Any work performed on State premises shall be done during the hours designated by the State and performed in a manner that does not interfere with the State and its personnel.

2.8      **WARRANTIES FOR SUPPLIES AND SERVICES**

2.8.1    Vendor warrants that the supplies furnished under this contract will: (a) conform to the standards, specifications, drawing, samples or descriptions furnished by the State or furnished by the Vendor and agreed to by the State, including but not limited to all specifications attached as Exhibits hereto; (b) be merchantable, of good quality and workmanship, and free from defects for a period of twelve months or longer if so specified in writing, and fit and sufficient for the intended use; (c) comply with all federal and state laws, regulations and ordinances pertaining to the manufacturing, packing, labeling, sale and delivery of the supplies; (d) be of good title and be free and clear of all liens and encumbrances and; (e) not infringe any patent, copyright or other intellectual property rights of any third party. Vendor agrees to reimburse the State for any losses, costs, damages or expenses, including without limitations, reasonable attorney's fees and expenses, arising from failure of the supplies to meet such warranties.

2.8.2    Vendor shall insure that all manufacturers' warranties are transferred to the State and shall provide a copy of the warranty. These warranties shall be in addition to all other warranties, express, implied or statutory, and shall survive the State's payment, acceptance, inspection or failure to inspect the supplies.

2.8.3    Vendor warrants that all services will be performed to meet the requirements of the contract in an efficient and effective manner by trained and competent personnel. Vendor shall monitor performances of each individual and shall reassign immediately any individual who is not performing in accordance with the contract, who is disruptive or not respectful of others in the workplace, or who in any way violates the contract or State policies.

2.9      **REPORTING, STATUS AND MONITORING SPECIFICATIONS**

2.9.1    Vendor shall immediately notify the State of any event that may have a material impact on Vendor's ability to perform the contract. Vendor shall notify Agency immediately when possible, but in no event later than seven calendar days, after any significant changes in administrative or operational structure (e.g. key administrative staff, changes in staffing levels, or change of ownership). The Vendor shall notify the Agency immediately when possible, but in no event later than one business day, when there are problems with operations or systems, (problems with telephones or communication services, relocation etc.). Any change that may affect the proper delivery of services must be reported to the Agency.

2.9.2   By August 31 of each year, Vendor shall report the number of qualified veterans and certain ex-offenders hired during Vendor's last completed fiscal year. Vendor may be entitled to employment tax credit for hiring individuals in those groups (35 ILCS 5/216, 5/217).

2.9.3   Agency and Vendor will work together to monitor performance during the contract and any subsequent reconciliation. This may include use of performance standards, milestones, requirements, or timetables that must be met before additional steps may be taken or payment is due.

2.9.3.1   **Monitoring:**   Vendor shall cooperate with the Agency in monitoring activities, which may require that Vendor report progress (with proposed resolutions), provide records of its performance, allow random inspections of its facilities, participate in scheduled meetings and provide management reports as requested by the Agency.

2.9.3.2   **Reporting:**   When requested by Agency, Vendor shall submit the reports specified below.  Agency will inform Vendor as to whom it should distribute any requested reports.  Vendor shall submit additional reports or make revisions in the data elements or format of a report upon the request of Agency without additional charge and without requiring a Contract amendment.  Agency may remove reports to be supplied during the term of the Contract without requiring a Contract amendment.  Agency will put all report requests, distribution instructions or changes, and report cancellations to Vendor in writing.  Vendor shall maintain trend analysis charts on key statistical data taken from the monthly reports.  If Vendor detects an unusual trend, Vendor shall share the information with Agency. Upon request from Agency, Vendor shall share any available information from its Management Information System. Monthly reports shall be due no later than the 20th day of the month following the report month. Quarterly reports shall be due no later than the 30th day after the end of each calendar quarter. Failure to meet the timeliness standard set forth for a report, or failure to submit an accurate report, may result in adjusted compensation.

2.9.3.2.1   **Monthly Utilization Reports:** At the request of Agency, Vendor shall submit a monthly utilization information report for each facility.   Vendor will submit an aggregated report for all of IDOC when requested. Listed below are the items which may be included in the reports, but the lists below are not intended to define all required data elements Agency may request.

2.9.3.2.1.1   All inpatient hospitalization referrals, including:
   i.      Hospital name;
   ii.     Offender name;
   iii.    Birth date;
   iv.     Offender IDOC number;
   v.      Diagnosis with Primary Diagnosis Code;
   vi.     Admitting physician;
   vii.    Admission date;
   viii.   Discharge date;
   ix.     Significant Complications;
   x.      Vendor's Utilization Review records.

2.9.3.2.1.2   All outpatient referrals, including:
   i.      Offender name;
   ii.     Birth date;
   iii.    Offender IDOC number;
   iv.     Facility name;
   v.      Diagnosis with Primary Diagnosis Code;
   vi.     Treatment received;
   vii.    Referring physician;
   viii.   Referral physician;
   ix.     Hospital or non-hospital based.

2.9.3.2.1.3   All referrals to Emergency Services, including:
   i.      Offender name;
   ii.     Birth date;
   iii.    Offender IDOC number;
   iv.     Facility name;
   v.      Diagnosis with Primary Diagnosis Code;
   vi.     Treatment received;
   vii.    Treating physician.

2.9.3.2.1.4   All primary medical services utilization data, including, but not limited to, encounters and costs, where applicable, for the following:
   i.      Laboratory services;
   ii.     Radiology services;
   iii.    Other ancillary services (i.e. physical therapy, eye clinics, oxygen therapy, tank rental);
   iv.     Sick call services;

v.      Specialty services;
vi.     Dental care;
vii.    Infirmary care;
viii.   Pharmaceuticals;
ix.     Medical supplies.

**2.9.3.2.1.5** All chronic care clinics, as required by the ADs, and formal wellness program sessions including, but not limited to:

i.      Type of clinic or type of wellness program session
ii.     Date held
iii.    Number of offenders served/attended

**2.9.3.2.1.6** All mental health services, including:

i.      Number of psychiatric contacts
ii.     Psychiatric backlog
iii.    Number of MHP contacts
iv.     Number of each of the following diagnoses:   psychotic disorder, affective disorder, and developmental disorder
v.      Number of offenders identified as Seriously Mentally Ill (SMI) [defined as a substantial disorder of thought or mood (I.e. an Axis I disorder, exclusive of Substance Abuse/Dependency or Paraphilia) which significantly impairs judgment, behavior, and capacity to recognize reality, or cope with the ordinary demands of life within the prison environment.  The illness must also be manifested by substantial disability and a GAF score of 40 or below.]
vi.     Number of offenders identified as Guilty but Mentally Ill (GMI)
vii.    Number of offenders on each level of crisis watch status:  observation, close supervision, suicide watch
viii.   Number of completed suicides

**2.9.3.2.2 Monthly Pharmaceutical Report:** This computer-generated report shall include statistical information by drug, type of drug, provider, number of prescriptions, and doses dispensed. Pharmacy costs shall be tracked on a net cost basis by script, by Center.  These costs shall also be presented with the monthly reconciliation in a format approved by HFS and IDOC.

3.   **PRICING**

3.1   **METHOD AND RATE OF COMPENSATION:** The State will compensate Vendor for the initial term as follows:

☐ Hourly _____
☒ Monthly ____see below for details_____
☐ Annually _____
☐ Project _____
☐ Item (show unit of measure and rate)_____

3.1.1   **Schedule E Monthly Payments and Adjustments**

3.1.1.1   **Monthly Payments:** Except for the month of June and the first year of the contract, Vendor shall be made a monthly advance payment of one-twelfth (1/12) of the total annual contract amount, as set forth in Schedule E in Exhibit I, subject to reconciliation of the previous month's adjustments. During the first year of the contract (CY1), it will be one-twelfth (1/12) of the Schedule E (see Exhibit I) amount only for those Centers where the Vendor is providing services (see Section 2 where it states which Center are included in this contract when the contract commences and which Centers enter the contract on September 1, 2011)., except for the period of May 16 – May 31, 2011. For the period of May 16 – May 31, 2011, the advance payment will be a prorated share, based on the number of days in the month of May, of one-twelfth (1/12) of the total annual contract amount set forth in Exhibit I. Adjustments will be debited or credited to the first advance monthly payment of the subsequent month or as soon as possible after reconciliation between the Center and Vendor. The June payment will be made after reconciliation of all adjustments of the fiscal year. Agency shall provide Vendor monthly documentation from IDOC identifying each approved invoice amount and dates submitted to the State Comptroller's office. The estimated annual amounts are given below.

CY1: $113,209,327
CY2: $121,254,395
CY3: $126,104,570
CY4: $128,626,661
CY5: $133,771,727

3.1.1.2   **Quarterly Adjustments:** Quarterly adjustments shall be made for actual staffing provided, average daily population, performance level adjustments and other adjustments, such as inventory transfers or equipment or services purchased by Vendor on behalf of IDOC. Adjustments will be debited or credited to the first advance monthly payment of the subsequent month or as soon as possible after reconciliation between the Center and Vendor. Each Center shall prepare an analysis of all quarterly adjustments which identifies each adjustment made.

Quarterly adjustments shall be finalized no later than 60 days after the end of the previous quarter (i.e. July – September quarterly adjustments shall be completed no later than November 30th). Future monthly payments may be withheld if the quarterly reconciliations are not completed in the timeline as stated above due to reasons within the Vendor's control.

For the purposes of this section, quarters will correspond to normal calendar quarters (January – March, April – June, etc.). During the first year of the contract, the period of May 16, 2011 through June 30, 2011 will constitute a quarter.

Vendor shall not submit adjustments or claims that were not included in the agreed upon quarterly reconciliations to the Illinois Court of Claims for reimbursement (i.e. previously denied claims or adjustments). Attempting to gain reimbursement for non-agreed upon claims through this avenue may be subject to performance adjustments.

3.1.1.2.1   **Staffing:** Staffing for on-site positions shall be determined by agreement as reflected on the Schedule E in Exhibit I. Actual approved hours provided on-site during the month shall be determined by using the Center's sign-in/sign-out log. The Center's sign-in/sign-out log shall take precedence over any vendor timekeeping system. If the Vendor has adequate documentation of hours greater than the Center's sign-in/sign-out log, the Vendor shall be given due consideration if accurately documented. Actual hours on-site are the basis for payment or adjustment. All time shall be rounded to the nearest quarter hour. No time in excess of the hours required in the agreed upon Staffing Schedule (Exhibit II) shall be paid unless approved in advance by the CAO according to the procedures outlined by the CAO and HCUA. Adjustments may be made if Vendor is unable to provide the required on-site specialty clinic in compliance with the staffing outlined in Schedule E in Exhibit I.

3.1.1.2.2   **Temporary Staffing:** Vendor may be required to hire replacement personnel on a temporary basis to fill vacancies in the Health Care Unit. Requests for such temporary services shall be made by the CAO on a Temporary Staff Schedule Change Request form (see Exhibit XVI). The replacement personnel must be approved by the IDOC Medical Director, the IDOC Chief of Mental Health Services, Chief of Administration, and the CAO. Such requests

shall include at least the title and hourly rate of the position, and the expected duration of the temporary replacement. Compensation for temporary replacement personnel shall be calculated by using the approved hourly rate multiplied by the number of on-site hours provided and paid on the next scheduled monthly adjustment.

**3.1.1.2.3    Unfilled Positions:** Reductions shall be made for each unfilled position at the "Combined Salary/Fringe Rate" as reflected in the Schedule E in Exhibit I during each monthly reconciliation period. For the purpose of this section, unfilled positions shall mean a regular scheduled on-site position for which no IDOC approved candidate exists.

**3.1.1.2.4    Combined Salary/Fringe Rate:** All positions shall be reimbursed at the "Combined Salary/Fringe Rate" as reflected in each Center's Schedule E in Exhibit I. Reimbursement at this rate shall be based solely on the on-site hours worked. There will be no Fringe Benefit adjustments. All financial adjustments for staffing shall be based on the applicable "Combined Salary/Fringe" amount only.

**3.1.1.2.5    Average Daily Population:** See definition in Exhibit I. The average daily population shall be based on the average daily population report from the IDOC Information Services Division (IDOC REPORT OERPC101). Other Budget categories compensation shall be based on the average daily population for each month, multiplied by the per capita rate as reflected on Schedule E.

**3.1.1.2.6    Non-payment of subcontractors:** Failure to pay bills within 60 days after receipt, or failure to abide by a written payment schedule agreed to with the subcontractor will result in a financial adjustment in accordance with Section 3.9 and Exhibit IV, Performance Targets.

**3.1.1.2.7    Compensation for Court Testimony:** Vendor staff shall be reimbursed at the applicable combined Salary/Fringe Schedule E rate plus mileage if required to provide court testimony in defense of IDOC as requested by the Agency. If Vendor's staff is testifying in defense of and at the direction of the Vendor, the Vendor shall be responsible for paying the employee's costs, including Salary/Fringe and mileage.

**3.1.2    Hospital Utilization Adjustment:** An adjustment will be made when overutilization of Hospital Services is the result of Billed Charges (the amount on a claim form received by the State) exceeding the Annual Hospital Utilization Threshold established for the contract year as set forth in 3.1.2.1. The Vendor's monthly payments (see Section 3.1.1.1) will be reduced by an amount equal to what the State pays out for Hospital Services once Billed Charges exceed the Annual Hospital Utilization Threshold.

**3.1.2.1    Annual Hospital Utilization Threshold:** The Annual Hospital Utilization Threshold amounts by contract year are:

| | |
|---|---|
| CY1: | $5,855,442 |
| CY2: | $6,463,584 |
| CY3: | $6,590,509 |
| CY4: | $6,719,972 |
| CY5: | $6,852,023 |

**3.1.2.2    Hospital Claims Report:** Every three months, in conformance to the contract year, Agency shall tabulate the Eligible Hospital Claims submitted against the Annual Hospital Utilization Threshold. This report will be a cumulative report for each contract year (e.g., the 3rd quarter report will aggregate all 3 quarters for the contract year). HFS will submit a Hospital Claims Report to Vendor within 30 days after the end of a quarter. If an extension is necessary, HFS will notify IDOC and Vendor in writing and indicate the date that the report shall be submitted to Vendor. Adjustments will be taken by IDOC from the first advance monthly payment of the subsequent month or as soon as possible after the report is made final if the Vendor exceeds the Annual Hospital Utilization Threshold.

In contract year 1 (CY1), the period May 16, 2011 through July 31, 2011 will be considered the first quarter of CY1.

**3.1.2.3    Vendor Written Dispute of Hospital Claims Report:** Vendor has the right to dispute the Hospital Claims Report. Any dispute must be submitted to HFS in writing within 30 days from the date HFS submitted the Report to Vendor. If Vendor does not dispute the Hospital Claims Report within 30 days, Vendor shall have waived its right to dispute the Hospital Claims Report, the Hospital Claims Report shall remain final, and the Vendor shall be deemed to have accepted the Hospital Claims Report.

**3.1.2.4    Resolution of Dispute of Quarterly Report:** If Vendor disputes the Hospital Claims Report, Agency and Vendor shall resolve the dispute no later than 30 days from the date Vendor submitted its written dispute. In the event that Agency and Vendor cannot agree on a resolution within 30 days of the Vendor's submission of its dispute, the Agency shall determine the resolution of the dispute, the Agency's determination shall be final, and shall prevail over any and all of Vendor's suggested resolutions.

**3.1.2.5    Monthly Reports and Disputes:** Nothing in this section shall prevent Agency from submitting the Hospital Claims Report on a monthly basis to Vendor. Additionally, nothing in this section shall prevent Vendor from submitting to Agency written disputes of the monthly submissions. However, these monthly submissions and disputes shall exist solely for the purpose of ongoing review and shall not serve as a substitute for the Hospital Claims Report that is submitted quarterly, any quarterly written disputes, and the resolution of any disputes as described in this elsewhere in 3.1.2.

**3.1.2.6    Final Contract Year Hospital Claims Adjustments:** In the final contract year, if eligible hospital claims received and processed within one year after the contract has ended cause the Vendor to exceed the Annual Hospital Utilization Threshold for the final contract year, adjustments due from the Vendor may be reimbursed to the IDOC through the performance bond or irrevocable letter of credit.

**3.1.3    Intake Adjustment Rate:**   For the Centers listed below, Vendor will be compensated for each intake of an offender above the Monthly Intake Base at a "Per Intake Adjustment Rate".  Vendor shall credit IDOC for each intake below the Monthly Intake Base at the "Per Intake Adjustment Rate".  Intake Adjustments shall be made on a monthly basis after reconciliation between the Center and Vendor:

| Center | Per Intake Adjustment Rate | Monthly Intake Base (Offenders) |
|--------|---------------------------|-------------------------------|
| Stateville CC | $0.01/offender/month | 2,311 |
| Dwight CC | $0.01/offender/month | 276 |
| Graham CC | $0.01/offender/month | 314 |
| Menard CC | $0.01/offender/month | 123 |

**3.1.4    Electronic Medical Records (EMR):**  Agency will pay vendor the amounts stated below for the EMR system implementation.  Agency reserves the right to implement this initiative at any point during the contract.  Thus, the annual amounts below may not correspond with the contract years.

Year 1:   $194,003
Year 2:   $197,882
Year 3:   $205,797
Year 4:   $209,913
Year 5:   $218,309

**3.2    TYPE OF PRICING:** Pricing under this contract is

☐ Firm_____

☒ Estimated____ $1,363,436,031 _____

**3.3    RENEWAL COMPENSATION:** If this contract is renewed, the price shall be at rates set forth below:

**Estimated Schedule E Rates (applies to Section 3.1.1.1):**
CY6: $133,771,727
CY7: $133,771,727
CY8: $133,771,727
CY9: $133,771,727
CY10: $134,440,586

**Annual Hospital Utilization Threshold (applies to Section 3.1.2.1):**
CY6:    $6,986,717
CY7:    $7,124,103
CY8:    $7,264,237
CY9:    $7,407,175
CY10:   $7,552,971

**Intake Adjustment Rate (applies to Section 3.1.3)**

| Center | Per Intake Adjustment Rate | Monthly Intake Base (Offenders) |
|--------|---------------------------|-------------------------------|
| Stateville CC | $0.01/offender/month | 2,311 |
| Dwight CC | $0.01/offender/month | 276 |
| Graham CC | $0.01/offender/month | 314 |
| Menard CC | $0.01/offender/month | 123 |

**Electronic Medical Records (applies to Section 3.1.4)**
Year 6:   $218,309
Year 7:   $218,309
Year 8:   $219,401
Year 9:   $220,498
Year 10: $222,703

Since Agency has the right to implement this initiative at any point in the contract and the yearly amounts correspond with the beginning of the initiative not the beginning of the contract term, then the renewal rates will begin at the corresponding point in the initiative when the renewal is made. For example, if the initiative begins at the beginning of contract year three (3), and a five-year renewal is executed after the initial term, then annual amounts for the Electronic Medical Records initiative for the renewal period will be years 4-8 of the pricing for Electronic Medical Records, since the initiative will be entering year 4 when the renewal term starts.

**3.4**   **EXPENSES:**  Unless otherwise specified, this contract does not allow for reimbursement of any expense incurred by Vendor, including but not limited to telephone or other communications device, postage, copying, travel, transportation, lodging, food and per diem.

**3.5**   **DISCOUNT:**   <u>N/A %</u> discount for payment within __ days of receipt of invoice

**3.6**   **TAX:**  Vendor shall not bill for any taxes unless accompanied by proof the State is subject to the tax.  If necessary, Vendor may request the applicable agency's Illinois tax exemption number and federal tax exemption information.

**3.7**   **INVOICING:**  Vendor shall submit "Schedule E" invoices to the Business Administrator at each Center (names of the centers are identified on each Schedule E) with the detail required by the Agency.  Vendor shall submit invoices for intake to the Business Administrator at each Center where intake takes place with the detailed required by the Agency.  Invoices for the Electronic Medical Record project should be sent to the IDOC Chief Fiscal Officer (1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277) with the detailed required by the Agency.

The amount of the invoice shall be in accordance with the rates established in this Contract.

Each invoice shall be signed by Vendor and shall contain the Vendor's taxpayer identification number.

Agency reserves the right to correct any mathematical or computational errors it finds in the invoices.  Agency will notify Vendor of any such corrections.

**3.8**   **PAYMENT TERMS AND CONDITIONS**

**3.8.1**   By submitting an invoice, Vendor certifies that the supplies or services provided meet all requirements of the contract, and the amount billed and expenses incurred are as allowed in the contract.  Invoices for equipment, supplies purchased, services performed and expenses incurred through June 30 of any year must be submitted to the State no later than July 31 of that year; otherwise Vendor may have to seek payment through the Illinois Court of Claims (30 ILCS 105/25).  Agency shall provide notification if any Vendor's invoices are at risk to be sent to the Illinois Court of Claims.  All invoices are subject to statutory offset (30 ILCS 210).

The approved invoice amount will be paid less any retainage and previous partial payments.  Final payment shall be made upon determination by the Agency that all requirements under this Contract have been completed; such determination shall not be unreasonably withheld.  The final payment will be made subject to adjustment after completion of an audit of Vendor's records as provided for in this Contract.

**3.8.2**   Payments, including late payment charges, will be paid in accordance with the State Prompt Payment Act (30 ILCS 540) and rules (74 Ill. Adm. Code 900) when applicable.  This shall be Vendor's sole remedy for late payments by the State.  Payment terms contained on Vendor's invoices shall have no force and effect.

**3.8.3**   The State will not pay for supplies provided or services rendered, including related expenses, incurred prior to the execution of this contract by the Parties even if the effective date of the contract is prior to execution.

**3.8.4**   As a condition of receiving payment Vendor must (i) be in compliance with the contract, (ii) pay its employees prevailing wages when required by law (Examples of prevailing wage categories include public works, printing, janitorial, window washing, building and grounds services, site technician services, natural resource services, Correctional Officers and food services. Vendor is responsible for contacting the Illinois Dept. of Labor 217-782-6206; http://www.state.il.us/agency/idol/index.htm to ensure understanding of prevailing wage requirements), (iii) pay its suppliers and subcontractors according to the terms of their respective contracts, and (iv) provide lien waivers to the State upon request.  Any stipulation made by Vendor to pay prevailing wages shall be deemed to be incorporated in the project specifications as if specifically set forth therein **(820 ILCS 130/4(a))**.

**3.8.5**   Vendor shall have a program in place to prevent and detect internal and external fraud and fraudulent practices.  The program must have the ability to screen for potential fraud and systematically review provider claims.  The Vendor will report its fraud findings to the Agency and any corrective measures, when necessary.

**3.8.6**   In the event that the Contract is terminated, Agency shall promptly process outstanding Vendor invoices and submit them to the State Comptroller's office following verification and reconciliation of same, as allowable, under Sections 1.3 and 1.4.  Reconciliation shall be

pursuant to Section 3.1. The Agency shall make every effort to verify and reconcile invoices submitted within ten business days from the date of termination, as allowable, and shall make every effort to ensure that said invoices are not sent to the Illinois Court of Claims. However, Agency can make no guarantee as to the payment timelines from the State Comptroller's Office nor can the Agency guarantee that said invoices shall not be sent to the Illinois Court of Claims.

3.8.7    If the Agency in good faith determines that Vendor has failed to perform or deliver any service or product as required by this Contract, Vendor shall not be entitled to any compensation under this Contract until such service or product is performed or delivered. In this event, the Agency may withhold that portion of Vendor's compensation that represents payment for service or product that was not performed or delivered.

3.8.8    In addition to compensation adjustment, pursuit of actual damages, or termination of this Contract:

    **a.**   Pursuant to 44 Ill. Admin. Code 1.5530, the Agency may deduct from whatever is owed Vendor on this or any other contract an amount sufficient to compensate the State of Illinois for any damages suffered by it because of Vendor's breach of contract or other unlawful act on Vendor's part on which the cancellation is based, including, but not limited to:

        **i.**   The additional cost of supplies or services bought elsewhere;

        **ii.**   The cost of repeating the procurement procedure;

        **iii.**   Any expenses incurred because of delay in receipt of supplies or services; and

        **iv.**   Any other damages caused by Vendor's breach of contract or unlawful act.

    **b.**   If any failure of Vendor to meet any requirement of this Contract results in the withholding of federal funds from the State, the Agency may withhold and retain an equivalent amount from payments to Vendor until such federal funds are released to the State, at which time the Agency will release to Vendor the equivalent withheld funds.

3.8.9    Any payment to Vendor may be reduced or suspended when a provision of this Contract requires a payment or refund to the Agency or an adjustment to payment to Vendor.

**3.9     PERFORMANCE TARGETS:**  Vendor agrees to provide services at targeted performance levels as specified in Exhibit IV. Because performance failures (a pattern of non-compliance) by Vendor may cause Agency to incur additional administrative costs that are difficult to compute, Agency may adjust Vendor's compensation pursuant to this section and in accordance with Exhibit IV, Performance Targets, and deduct the amount of the adjustment from any payments due Vendor.  Performance adjustments may be assessed for a pattern of non-compliance with performance targets, even if Vendor's overall performance is outstanding.

3.9.1    The determination of the amount of the adjustment shall be at the sole discretion of Agency, within the range set forth below in section 3.9.3. If the adjustment indicates it may be made according to the applicable Schedule E category, the Agency may make an adjustment using the calculation of the program adjustment amount, multiplied by the daily population for each day the service remains unsatisfactory. Self-reporting by Vendor will be taken into consideration in determining the amount to be adjusted.

3.9.2    Should IDOC identify a pattern of non-compliance with the Performance Targets, set forth in Exhibit IV, the State reserves the right to provide notice to the Vendor to correct the identified issue. Unless specified otherwise, Agency will give written notice to Vendor of the failure that may result in a performance adjustment and the amount of the adjustment. Upon receipt of Agency written notice, Vendor shall have 30 days to correct the issue identified in the notice before any performance adjustment is made to Vendor's payment. Vendor shall have 30 days from the date of the notice in which to dispute IDOC's determination.

3.9.3    If an issue identified in Exhibit IV, Performance Targets, goes unresolved, a performance adjustment may be implemented in the following amount:

| | | |
|---|---|---|
| a. | Timely payment to subcontractors | $1,000 per offender/service, per bill/invoice each month |
| b. | <u>Court finding of Act of deliberate indifference or</u> <u>act of discrimination</u> | <u>$10,000 per final court judgment and any and all fines or costs levied against</u> <u>the State of Illinois for the act</u> |
| c. | Information Misrepresentation/Falsification | $10,000 per occurrence |
| d. | Staffing, Schedules and On-Site Specialty Clinics | Applicable Schedule E Salary and Fringe categories per Section 3.1.1.2 |
| e. | Annual Reconciliation of Hospital Utilization | Amount equal to the amount the State pays for Hospital Services once the Annual Hospital Utilization Threshold has been reached. |
| f. | Monthly and Quarterly Reports | $1,000 per day, per report for missed submission |
| g. | Referrals to UIMCC | $5,000 per occurrence when referrals are made from non-authorized Correctional Center or for each occurrence beyond the predetermined average limits for visits. |

3.9.4    Adjustments provided for in this Contract shall not be construed as liquidated damages, nor shall the provisions of these adjustments or the terms of this Contract be construed to limit or otherwise affect the Parties' remedies for failure of a Party to comply with any of the terms of the Contract.

**3.9.5**  Performance adjustments may be imposed for deficiencies in performance based on failure to maintain the expected program Performance Target set forth in Exhibit IV.  The IDOC may waive the imposition of a performance adjustment or extend the cure period of a previously imposed Performance Target adjustment during any period when payment of Vendor's invoices are delayed or remain unpaid. Such decisions will be made by IDOC independently based upon specific circumstances.

**3.9.6**  IDOC and the Vendor agree that, due to the nature of the services to be provided by the Vendor and the secure nature of the environment in which the Vendor's services are to be provided, the potential exists that performance targets may not be achieved on account of causes beyond the control of the Vendor, i.e., security lock-down at facilities, failures attributable to the performance of other vendors or State personnel, acts of God, etc.  The parties agree that no performance adjustments will be taken from the Vendor due to the failure to achieve the performance targets due to causes beyond the Vendor's control.

## 4.   STANDARD BUSINESS TERMS AND CONDITIONS

**4.1**   **AVAILABILITY OF APPROPRIATION/SUFFICIENCY OF FUNDS:** This contract/grant is contingent upon and subject to the availability of funds. The State, at its sole option, may terminate or suspend this contract/grant, in whole or in part, without penalty or further payment being required, if (1) the Illinois General Assembly or the federal funding source fails to make an appropriation sufficient to pay such obligation, or if funds needed are insufficient for any reason, (2) the Governor decreases the Department's funding by reserving some or all of the Department's appropriation(s) pursuant to power delegated to the Governor by the Illinois General Assembly; or (3) the Department determines, in its sole discretion or as directed by the Office of the Governor, that a reduction is necessary or advisable based upon actual or projected budgetary considerations. Contractor/Grantee will be notified in writing of the failure of appropriation or of a reduction or decrease.

**4.2**   **AUDIT/RETENTION OF RECORDS (30 ILCS 500/20-65):** Vendor and its subcontractors shall maintain books and records relating to the performance of the contract or subcontract and necessary to support amounts charged to the State under the contract or subcontract. Books and records, including information stored in databases or other computer systems, shall be maintained by the Vendor for a period of three years from the later of the date of final payment under the contract or completion of the contract, and by the subcontractor for a period of three years from the later of final payment under the term or completion of the subcontract. If federal funds are used to pay contract costs, the Vendor and its subcontractors must retain its records for five years. Books and records required to be maintained under this section shall be available for review or audit by representatives of: the procuring Agency, the Auditor General, the Executive Inspector General, HFS Inspector General, the Chief Procurement Officer, State of Illinois internal auditors or other governmental entities with monitoring authority, upon reasonable notice and during normal business hours. Vendor and its subcontractors shall cooperate fully with any such audit and with any investigation conducted by any of these entities and any costs incurred by the Vendor during such audit or investigation shall be borne by the Vendor. Failure to maintain books and records required by this section shall establish a presumption in favor of the State for the recovery of any funds paid by the State under the contract for which adequate books and records are not available to support the purported disbursement. The Vendor or subcontractors shall not impose a charge for audit or examination of the Vendor's books and records. Failure to provide requested books and records will result in Vendor paying the cost of an independent auditor selected by the Agency to obtain such information or in the alternative shall be treated as a material breach of the Contract.

**4.3**   **TIME IS OF THE ESSENCE:** Time is of the essence with respect to Vendor's performance of this contract. Vendor shall continue to perform its obligations while any dispute concerning the contract is being resolved unless otherwise directed by the State.

**4.4**   **NO WAIVER OF RIGHTS:** Except as specifically waived in writing, failure by a Party to exercise or enforce a right does not waive that Party's right to exercise or enforce that or other rights in the future.

**4.5**   **FORCE MAJEURE:** Failure by either Party to perform its duties and obligations will be excused by unforeseeable circumstances beyond its reasonable control and not due to its negligence including acts of nature, acts of terrorism, riots, labor disputes, fire, flood, explosion, and governmental prohibition. The non-declaring Party may cancel the contract without penalty if performance does not resume within 30 days of the declaration.

**4.6**   **CONFIDENTIAL INFORMATION:** Each Party, including its agents and subcontractors, to this contract may have or gain access to confidential data or information owned or maintained by the other Party in the course of carrying out its responsibilities under this contract. Vendor shall presume all information received from the State or to which it gains access pursuant to this contract is confidential. Vendor information, unless clearly marked as confidential and exempt from disclosure under the Illinois Freedom of Information Act, shall be considered public. No confidential data collected, maintained, or used in the course of performance of the contract shall be disseminated except as authorized by law and with the written consent of the disclosing Party, either during the period of the contract or thereafter. The receiving Party must return any and all data collected, maintained, created or used in the course of the performance of the contract, in whatever form it is maintained, promptly at the end of the contract, or earlier at the request of the disclosing Party, or notify the disclosing Party in writing of its destruction. The foregoing obligations shall not apply to confidential data or information lawfully in the receiving Party's possession prior to its acquisition from the disclosing Party; received in good faith from a third-party not subject to any confidentiality obligation to the disclosing Party; now is or later becomes publicly known through no breach of confidentiality obligation by the receiving Party; or is independently developed by the receiving Party without the use or benefit of the disclosing Party's confidential information.

Any material, data, or information disclosed by any Party to the other that, pursuant to agreement of the Parties or the State's grant of a proper request for confidentiality, is not generally known by or disclosed to the public or to Third Parties including, without limitation: (a) all materials, know-how, processes, trade secrets, manuals, confidential reports, services rendered by State, financial, technical and operational information, and other matters relating to the operation of a Party's business; (b) all information and materials relating to Third Party Vendors of State that have provided any part of State's information or communications infrastructure to State; (c) software; and (d) any other information that the Parties agree to keep confidential should be kept confidential.

A request for confidential treatment will not supersede the Department's legal obligations under Illinois Freedom of Information Act (FOIA) (5 ILCS 140).

**4.7**   **USE AND OWNERSHIP:** All work performed or supplies created by Vendor under this contract, whether written documents or data, goods or deliverables of any kind, shall be deemed work-for-hire under copyright law and all intellectual property and other laws, and the State of Illinois is granted sole and exclusive ownership to all such work, unless otherwise agreed in writing. Vendor hereby assigns to the State all right, title, and interest in and to such work including any related intellectual property rights, and/or waives any and all claims that Vendor may have to such work including any so-called "moral rights" in connection with the work. Vendor acknowledges the State may use the work product for any purpose. Confidential data or information contained in such work shall be subject to confidentiality provisions of this contract.

**4.8**   **INDEMNIFICATION AND LIABILITY:** The Vendor shall indemnify and hold harmless the State of Illinois, its agencies, officers, employees, agents and volunteers from any and all costs, demands, expenses, losses, claims, damages, liabilities, settlements and judgments, including in-house and contracted attorneys' fees and expenses, arising out of: (a) any breach or violation by Vendor of any of its certifications, representations, warranties, covenants or agreements; (b) any actual or alleged death or injury to any person, damage to any property or any other damage or loss claimed to result in whole or in part from Vendor's negligent performance; or (c) any act, activity or omission of Vendor or any of its employees, representatives, subcontractors or agents. Neither Party shall be liable for incidental, special, consequential or punitive damages.

**4.9**   **INSURANCE:** Vendor shall, at all times during the term and any renewals maintain and provide a Certificate of Insurance naming the State as additional insured for all required bonds and insurance. Certificates may not be modified or canceled until at least 30 days notice has been provided to the State. Vendor shall provide: (a) General Commercial Liability-occurrence form in amount of $1,000,000 per occurrence (Combined Single Limit Bodily Injury and Property Damage) and $2,000,000 Annual Aggregate; (b) Auto Liability, including Hired Auto and Non-owned Auto, (Combined Single Limit Bodily Injury and Property Damage) in amount of $1,000,000 per occurrence; and (c) Worker's Compensation Insurance in amount required by law. Insurance shall not limit Vendor's obligation to indemnify, defend, or settle any claims.

Vendor, all Vendor employees, and all physicians and dentists assigned by Vendor to the Center(s), whether employed by the Vendor or subcontracted by the Vendor, will be covered under Vendor's Professional Liability Insurance with limits of $1,000,000 per occurrence/$10,000,000 annual aggregate.

The limits set forth above shall include both "per occurrence" and "annual aggregate." The "per occurrence" coverage provides coverage at the time of the encounter and ad infinitum and there will be no residual risk to the State.

**4.10**   **INDEPENDENT CONTRACTOR:** Vendor shall act as an independent contractor and not an agent or employee of, or joint venture with the State. All payments by the State shall be made on that basis.

**4.11**   **SOLICITATION AND EMPLOYMENT:** Vendor shall not employ any person employed by the State during the term of this contract to perform any work under this contract. Vendor shall give notice immediately to the Agency's director if Vendor solicits or intends to solicit State employees to perform any work under this contract.

Vendor shall give notice to the Agency's Ethics Officer, or such other person as the Agency may designate, if Vendor solicits or intends to solicit for employment any Agency employee during any part of the term of this Contract and for one (1) year after its termination or expiration. This notice shall be given in writing at the earliest possible time. Vendor shall not employ any person or persons employed by the Agency at any time during the term of this Contract for any work required by the terms of this Contract.

**4.12**   **COMPLIANCE WITH THE LAW:** The Vendor, its employees, agents, and subcontractors shall comply with all applicable federal, state, and local laws, rules, ordinances, regulations, orders, federal circulars and all license and permit requirements in the performance of this contract. Vendor shall be in compliance with applicable tax requirements and shall be current in payment of such taxes. Vendor shall obtain at its own expense, all licenses and permissions necessary for the performance of this contract.

**4.13**   **BACKGROUND CHECK:** Whenever the State deems it reasonably necessary for security reasons, the State may conduct, at its expense, criminal and driver history background checks of Vendor's and subcontractors officers, employees or agents. Vendor or subcontractor shall immediately remove any such individual who, in the opinion of the State, does not pass the background checks.

**4.14**   **APPLICABLE LAW:** This contract shall be construed in accordance with and is subject to the laws and rules of the State of Illinois. The Department of Human Rights' Equal Opportunity requirements (44 Ill. Adm. Code 750) are incorporated by reference. Any claim against the State arising out of this contract must be filed exclusively with the Illinois Court of Claims (705 ILCS 505/1). The State shall not enter into binding arbitration to resolve any contract dispute. The State of Illinois does not waive sovereign immunity by entering into this contract. The official text of cited statutes is incorporated by reference (An unofficial version can be viewed at

http://www.ilga.gov/legislation/ilcs/ilcs.asp). In compliance with the Illinois and federal Constitutions, the Illinois Human Rights Act, the U. S. Civil Rights Act, and Section 504 of the federal Rehabilitation Act and other applicable laws and rules the State does not unlawfully discriminate in employment, contracts, or any other activity.

**4.15**  **ANTI-TRUST ASSIGNMENT:** If Vendor does not pursue any claim or cause of action it has arising under federal or state antitrust laws relating to the subject matter of the contract, then upon request of the Illinois Attorney General, Vendor shall assign to the State rights, title and interest in and to the claim or cause of action.

**4.16**  **CONTRACTUAL AUTHORITY:** The Agency that signs for the State of Illinois shall be the only State entity responsible for performance and payment under the contract. When the Chief Procurement Officer or authorized designee signs in addition to an Agency, they do so as approving officer and shall have no liability to Vendor. When the Chief Procurement officer or authorized designee signs a master contract on behalf of State agencies, only the Agency that places an order with the Vendor shall have any liability to Vendor for that order.

**4.17**  **NOTICES:** Notices and other communications provided for herein shall be given in writing by registered or certified mail, return receipt requested, by receipted hand delivery, by courier (UPS, Federal Express or other similar and reliable carrier), by e-mail, or by fax showing the date and time of successful receipt. Notices shall be sent to the individuals who signed the contract using the contact information following the signatures. Each such notice shall be deemed to have been provided at the time it is actually received. By giving notice, either Party may change the contact information.

**4.18**  **MODIFICATIONS AND SURVIVAL**

**4.18.1**  Amendments, modifications and waivers must be in writing and signed by authorized representatives of the Parties. Any provision of this contract officially declared void, unenforceable, or against public policy, shall be ignored and the remaining provisions shall be interpreted, as far as possible, to give effect to the Parties' intent. All provisions that by their nature would be expected to survive, shall survive termination. In the event of a conflict between the State's and the Vendor's terms, conditions and attachments, the State's terms, conditions and attachments shall prevail.

**4.18.2**  Vendor shall, upon request by the Agency and receipt of a proposed amendment to this Contract, negotiate in good faith with the Agency to amend the Contract if and when required, in the opinion of the Agency, to comply with federal or State laws or regulations. If the parties are unable to agree upon an amendment within sixty (60) days, or such shorter time required by federal or State law or regulation, the Agency may terminate this Contract.

The Agency agrees that open dialogue with Vendor shall occur prior to any change, interpretation or compliance with any law, governmental rule, regulation, protocol, guideline, request or directive from the Agency or any other Governmental Authority that may impact the contractual agreement currently in place. Said dialogue does not guarantee the Vendor increased compensation.

**4.19**  **PERFORMANCE RECORD / SUSPENSION:** Upon request of the State, Vendor shall meet to discuss performance or provide contract performance updates to help ensure proper performance of the contract. The State may consider Vendor's performance under this contract and compliance with law and rule to determine whether to continue the contract, suspend Vendor from doing future business with the State for a specified period of time, or to determine whether Vendor can be considered responsible on specific future contract opportunities.

**4.20**  **FREEDOM OF INFORMATION ACT:** This contract and all related public records maintained by, provided to or required to be provided to the State are subject to the Illinois Freedom of Information Act notwithstanding any provision to the contrary that may be found in this contract.

**4.21**  **VENDOR PERFORMANCE AND RESPONSIBILITIES**

**4.21.1**  **CONSULTATION:** Vendor shall keep the Agency fully informed as to the progress of matters covered by this Contract. Where time permits and Vendor is not otherwise prohibited from so doing, Vendor shall offer the Agency the opportunity to review relevant documents prior to filing with any public body or adversarial party.

**4.21.2**  **PERFORMANCE REVIEWS**

**4.21.2.1**  The State or Agency may conduct a post performance review of Vendor's performance under the Contract. Vendor shall cooperate with the State or Agency in this review, which may require that Vendor provide records of its performance and billing. Vendor shall provide any required information within 30 days of the Agency's request. This post performance review may be used by any State agency in determining whether to enter into other contractual relationships with Vendor.

**4.21.2.2**  Vendor shall have and maintain, during the term of this contract, internal procedures and processes to monitor performance to ensure full compliance with the contract. Vendor shall disclose such procedures and processes to the State upon request.

**4.21.2.3** At the direction of the State, Vendor and State shall work together to develop a performance scorecard to record rel related to performance as well as establishing conditions, milestones, requirements or timetables that must be met before additional steps may be taken or payment is due.

**4.21.2.4** Agency, in cooperation with the IDOC Medical Director, may review services under the Contract for potential restructuring.

**4.21.3** **RESPONSIBILITY FOR AGENTS AND EMPLOYEES:** Vendor shall be responsible for the negligent acts and omissions of its agents, employees and subcontractors in their performance of Vendor's duties under this contract.

**4.21.4** **PERFORMANCE RESPONSIBILITY:** If Vendor is unable to secure or maintain key personnel named in the Contract to render the services, Vendor shall not be relieved of its obligations to complete performance. Agency shall have the option to accept a substitute or to terminate the Contract.

**4.22** **REQUESTS FOR REPRESENTATION:** In the event that any civil proceeding is commenced against Vendor or any physician or employee contracted through Vendor to provide services under this agreement, alleging death or bodily injury or other injury to the person of the complainant, resulting from or arising out of any act or omission in connection with services provided under this agreement, said defendants may elect to make a timely written request to seek representation and/or indemnification from the Office to the Attorney General under the provisions of the State Employee Indemnification Act of the State of Illinois. IDOC cannot control the amendments and/or interpretation of the State Employee Indemnification Act given to it by the Office of the Office of the Attorney General, legislature, and/or the courts. IDOC does not guarantee such representation and/or indemnification will be provided by the Office of the Attorney General and/or IDOC. Vendor may not rely on representations of anyone that the Office of the Attorney General and/or IDOC will represent and/or indemnify Vendor unless Vendor has received written commitment from the Attorney General and/or the Director of IDOC, respectively.

**4.23** **DISPUTES**

**4.23.1** **OVER INTERPRETATION OF FEDERAL REGULATIONS:** In the event that the Agency and Contactor have a dispute as to the meaning of a requirement solely included as a result of a Federal regulation applicable to or referred to in this Contract, the Agency will request an interpretation from the appropriate Federal agency or agencies and that interpretation, if received, will be adopted by the Agency and Vendor.

**4.23.2** **BETWEEN VENDOR AND OTHER PARTIES:** Any dispute between Vendor and any affiliated or unaffiliated provider, or between Vendor and any subcontractor, shall be solely between such provider or subcontractor and Vendor, and the Agency shall be held harmless by Vendor.

**4.24** **NO THIRD PARTY BENEFICIARY RIGHTS:** The Parties do not intend to create in any other individual or entity, offender or patient, the status of third party beneficiary, and this Contract shall not be construed as to create such status. The rights, duties and obligations contained in this Contract shall operate only between the Parties to this Contract, and shall inure solely to the benefit of such Parties. The provisions of this Contract are intended only to assist the Parties in determining and performing their obligations hereunder. The Parties intend and expressly agree that only Parties signatory to this Contract shall have any legal or equitable right to seek to enforce this Contract, to seek any remedy arising out of a Party's performance or failure to perform any term or condition of this Contract, or to bring an action for the breach of or for damages or relief under this Contract.

## 5.   STANDARD CERTIFICATIONS

Vendor acknowledges and agrees that compliance with this section and each subsection for the term of the contract and any renewals is a material requirement and condition of this contract.  By executing this contract Vendor certifies compliance with this section and each subsection and is under a continuing obligation to remain in compliance and report any non-compliance.

This section and each subsection apply to subcontractors used on this contract.  Vendor shall include these Standard Certifications in any subcontract used in the performance of the contract using the Standard Subcontractor Certification form provided by the State.

If this contract extends over multiple fiscal years including the initial term and all renewals, Vendor and its subcontractors shall confirm compliance with this section in the manner and format determined by the State by the date specified by the State and in no event later than July 1 of each year that this contract remains in effect.

If the Parties determine that any certification in this section is not applicable to this contract it may be stricken without affecting the remaining subsections.

**5.1**      As part of each certification, Vendor acknowledges and agrees that should Vendor or its subcontractors provide false information, or fail to be or remain in compliance with the Standard Certification requirements, one or more of the following sanctions will apply:
- the contract may be void by operation of law,
- the State may void the contract, and
- the Vendor and it subcontractors may be subject to one or more of the following: suspension, debarment, denial of payment, civil fine, or criminal penalty.

Identifying a sanction or failing to identify a sanction in relation to any of the specific certifications does not waive imposition of other sanctions or preclude application of sanctions not specifically identified.

**5.2**      Vendor certifies it and its employees will comply with applicable provisions of the U.S. Civil Rights Act, Section 504 of the Federal Rehabilitation Act, the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and applicable rules in performance under this contract.

**5.3**      Vendor certifies it is not in default on an educational loan (5 ILCS 385/3). This applies to individuals, sole proprietorships, partnerships and individuals as members of LLCs.

**5.4**      Vendor (if an individual, sole proprietor, partner or an individual as member of a LLC) certifies it has not received an (i) an early retirement incentive prior to 1993 under Section 14-108.3 or 16-133.3 of the Illinois Pension Code, 40 ILCS 5/14-108.3 and 40 ILCS 5/16-133.3, or (ii) an early retirement incentive on or after 2002 under Section 14-108.3 or 16-133.3 of the Illinois Pension Code, 40 ILCS 5/14-108.3 and 40 ILCS 5/16-133, (30 ILCS 105/15a).

**5.5**      Vendor certifies it is a properly formed and existing legal entity (30 ILCS 500/1.15.80, 20-43); and as applicable has obtained an assumed name certificate from the appropriate authority, or has registered to conduct business in Illinois and is in good standing with the Illinois Secretary of State.

**5.6**      To the extent there was a incumbent Vendor providing the services covered by this contract and the employees of that Vendor that provide those services are covered by a collective bargaining agreement, Vendor certifies (i) that it will offer to assume the collective bargaining obligations of the prior employer, including any existing collective bargaining agreement with the bargaining representative of any existing collective bargaining unit or units performing substantially similar work to the services covered by the contract subject to its bid or offer; and (ii) that it shall offer employment to all employees currently employed in any existing bargaining unit performing substantially similar work that will be performed under this contract (30 ILCS 500/25-80).  This does not apply to heating, air conditioning, plumbing and electrical service contracts.

**5.7**      Vendor certifies it has not been convicted of bribing or attempting to bribe an officer or employee of the State of Illinois or any other State, nor has Vendor made an admission of guilt of such conduct that is a matter of record (30 ILCS 500/50-5).

**5.8**      If Vendor has been convicted of a felony, Vendor certifies at least five years have passed after the date of completion of the sentence for such felony, unless no person held responsible by a prosecutor's office for the facts upon which the conviction was based continues to have any involvement with the business (30 ILCS 500/50-10).

**5.9**      If Vendor, or any officer, director, partner, or other managerial agent of Vendor, has been convicted of a felony under the Sarbanes-Oxley Act of 2002, or a Class 3 or Class 2 felony under the Illinois Securities Law of 1953, Vendor certifies at least five years have passed since the date of the conviction.  Vendor further certifies that it is not barred from being awarded a contract and acknowledges that the State shall declare the contract void if this certification is false (30 ILCS 500/50-10.5).

**5.10**   Vendor certifies it is not barred from having a contract with the State based on violating the prohibition on providing assistance to the state in identifying a need for a contract (except as part of a public request for information process) or by reviewing, drafting or preparing solicitation or similar documents for the State (30 ILCS 500/50-10.5e).

**5.11**   Vendor certifies that it and its affiliates are not delinquent in the payment of any debt to the State (or if delinquent has entered into a deferred payment plan to pay the debt), and Vendor and its affiliates acknowledge the State may declare the contract void if this certification is false (30 ILCS 500/50-11) or if Vendor or an affiliate later becomes delinquent and has not entered into a deferred payment plan to pay off the debt (30 ILCS 500/50-60).

**5.12**   Vendor certifies that it and all affiliates shall collect and remit Illinois Use Tax on all sales of tangible personal property into the State of Illinois in accordance with provisions of the Illinois Use Tax Act (30 ILCS 500/50-12) and acknowledges that failure to comply can result in the contract being declared void.

**5.13**   Vendor certifies that it has not been found by a court or the Pollution Control Board to have committed a willful or knowing violation of the Environmental Protection Act within the last five years, and is therefore not barred from being awarded a contract (30 ILCS 500/50-14).

**5.14**   Vendor certifies it has not paid any money or valuable thing to induce any person to refrain from bidding on a State contract, nor has Vendor accepted any money or other valuable thing, or acted upon the promise of same, for not bidding on a State contract (30 ILCS 500/50-25).

**5.15**   Vendor certifies it is not in violation of the "Revolving Door" section of the Illinois Procurement Code (30 ILCS 500/50-30).

**5.16**   Vendor certifies that it has not retained a person or entity to attempt to influence the outcome of a procurement decision for compensation contingent in whole or in part upon the decision or procurement (30 ILCS 500/50-38).

**5.17**   Vendor certifies it will report to the Illinois Attorney General and the Chief Procurement Officer any suspected collusion or other anti-competitive practice among any bidders, offerors, contractors, proposers or employees of the State (30 ILCS 500/50-40, 50-45, 50-50).

**5.18**   In accordance with the Steel Products Procurement Act, Vendor certifies steel products used or supplied in the performance of a contract for public works shall be manufactured or produced in the United States, unless the executive head of the procuring agency grants an exception (30 ILCS 565).

**5.19**   a) If Vendor employs 25 or more employees and this contract is worth more than $5000, Vendor certifies it will provide a drug free workplace pursuant to the Drug Free Workplace Act.
          b) If Vendor is an individual and this contract is worth more than $5000, Vendor shall not engage in the unlawful manufacture, distribution, dispensation, possession or use of a controlled substance during the performance of the contract (30 ILCS 580).

**5.20**   Vendor certifies that neither Vendor nor any substantially owned affiliate is participating or shall participate in an international boycott in violation of the U.S. Export Administration Act of 1979 or the applicable regulations of the U.S. Department of Commerce.  This applies to contracts that exceed $10,000 (30 ILCS 582).

**5.21**   Vendor certifies it has not been convicted of the offense of bid rigging or bid rotating or any similar offense of any state or of the United States (720 ILCS 5/33 E-3, E-4).

**5.22**   Vendor certifies it complies with the Illinois Department of Human Rights Act and rules applicable to public contracts, including equal employment opportunity, refraining from unlawful discrimination, and having written sexual harassment policies (775 ILCS 5/2-105).

**5.23**   Vendor certifies it does not pay dues to or reimburse or subsidize payments by its employees for any dues or fees to any "discriminatory club" (775 ILCS 25/2).

**5.24**   Vendor certifies it complies with the State Prohibition of Goods from Forced Labor Act, and certifies that no foreign-made equipment, materials, or supplies furnished to the State under the contract have been or will be produced in whole or in part by forced labor, or indentured labor under penal sanction (30 ILCS 583).

**5.25**   Vendor certifies that no foreign-made equipment, materials, or supplies furnished to the State under the contract have been produced in whole or in part by the labor or any child under the age of 12 (30 ILCS 584).

**5.26**   Vendor certifies that it is not in violation of Section 50-14.5 of the Illinois Procurement Code (30 ILCS 500/50-14.5) that states: "Owners of residential buildings who have committed a willful or knowing violation of the Lead Poisoning Prevention Act (410 ILCS 45) are prohibited from doing business with the State until the violation is mitigated".

**5.27**    Vendor warrants and certifies that it and, to the best of its knowledge, its subcontractors have and will comply with Executive Order No. 1 (2007).  The Order generally prohibits Vendors and subcontractors from hiring the then-serving Governor's family members to lobby procurement activities of the State, or any other unit of government in Illinois including local governments if that procurement may result in a contract valued at over $25,000.  This prohibition also applies to hiring for that same purpose any former State employee who had procurement authority at any time during the one-year period preceding the procurement lobbying activity.

**5.28**    Vendor certifies that information technology, including electronic information, software, systems and equipment, developed or provided under this contract will comply with the applicable requirements of the Illinois Information Technology Accessibility Act Standards as published at www.dhs.state.il.us/iitaa.  (30 ILCS 587)

**5.29**    Vendor certifies that it has read, understands, and is in compliance with the registration requirements of the Elections Code (10 ILCS 5/9-35) and the restrictions on making political contributions and related requirements of the Illinois Procurement Code (30 ILCS 500/20-160 and 50-37).  Vendor will not make a political contribution that will violate these requirements.  These requirements are effective for the duration of the term of office of the incumbent Governor or for a period of 2 years after the end of the contract term, whichever is longer.

In accordance with Section 20-160 of the Illinois Procurement Code, Vendor certifies as applicable:

☐  Vendor is not required to register as a business entity with the State Board of Elections.
Or
☒  Vendor has registered **and has attached a copy (following page)** of the official certificate of registration as issued by the State Board of Elections.  As a registered business entity, Vendor acknowledges a continuing duty to update the registration as required by the Act.



# Certificate of Registration

## STATE BOARD OF ELECTIONS

## Registration No. 15528

## Wexford Health Sources, Inc.

425 Holiday Drive
Foster Plaza Two
Pittsburgh PA 15220

Information for this business last updated on:

Friday, September 25, 2009

Certificate produced on Wednesday, August 18, 2010 at 1:20 PM



39

## 6.0    DISCLOSURES AND CONFLICTS OF INTEREST

On the following pages are the forms completed by the Vendor.

**DISCLOSURES AND CONFLICTS OF INTEREST**

**Instructions:** Vendor shall disclose financial interests, potential conflicts of interest and contract information identified in Sections 1, 2 and 3 below as a condition of receiving an award or contract (30 ILCS 500/50-13 and 50-35). Failure to fully disclose shall render the contract, bid, proposal, subcontract, or relationship voidable by the chief procurement officer if s/he deems it in the best interest of the State of Illinois and may be cause for barring from future contracts, bids, proposals, subcontracts, or relationships with the State.

- There are five sections to this form and each must be completed to meet full disclosure requirements.
- Note: The requested disclosures are a continuing obligation and must be promptly supplemented for accuracy throughout the process and throughout the term of the resultant contract if the bid/offer is awarded. As required by 30 ILCS 500/50-2, for multi-year contracts Vendors must submit these disclosures on an annual basis.

A publicly traded entity may submit its 10K disclosure in satisfaction of the disclosure requirements set forth in Section 1 below. HOWEVER, if a Vendor submits a 10K, they must still must complete Sections 2, 3, 4 and 5 and submit the disclosure form.

If the Vendor is a wholly owned subsidiary of a parent organization, separate disclosures must be made by the Vendor and the parent. For purposes of this form, a parent organization is any entity that owns 100% of the Vendor.

This disclosure information is submitted on behalf of (show official name of Vendor, and if applicable, D/B/A and parent):

Name of Vendor:   Wexford Health Sources, Inc.
D/B/A (if used):
Name of any Parent Organization:   Bantry Group Corporation

**Section 1: Section 50-35 Disclosure of Financial Interest in the Vendor. (All Vendors must complete this section)**

*Vendors must complete subsection (a), (b) or (c) below. Please read the following subsections and complete the information requested.*

A.   If Vendor is a Publicly traded corporation subject to SEC reporting requirements

i.   Vendor shall submit their 10K disclosure (include proxy if referenced in 10k) in satisfaction of the financial and conflict of interest disclosure requirements set forth in subsections 50-35 (a) and (b) of the Procurement Code. The SEC 20f or 40f, supplemented with the names of those owning in excess of 5% and up to the ownership percentages disclosed in those submissions, may be accepted as being substantially equivalent to 10K.

Check here if submitting a 10k☐, 20f☐, or 40f☐.

**OR**

B.   If Vendor is a privately held corporation with more than 400 shareholders

i.   These Vendors may submit the information identified in 17 CFR 229.401 and list the names of any person or entity holding any ownership share in excess of 5% in satisfaction of the financial and conflict of interest disclosure requirements set forth in subsections 50-35 a and b of the Illinois Procurement Code.

**OR**

C.   If Vendor is an individual, sole proprietorship, partnership or any other not qualified to use subsections (A) or (B), complete (i) and (ii) below as appropriate.

i.   For each individual having any of the following financial interests in the Vendor (or its parent), please mark each that apply and show the applicable name and address. Use a separate form for each individual. **See Attached Schedules with respect to disclosures for individual Shareholders of Bantry Group Corporation, the parent organization of the Vendor. No conflicts of interest exist as defined by Section 1, 2 and 3 hereof with respect to the Vendor.**

G. Norman McCann
2116 Crown Drive
St. Augustine, FL 32092

1. Do you have an ownership share of greater than 5% of the offering entity or parent entity?
   ☒ Yes   ☐ No

2. Do you have an ownership share of less than 5%, but which has a value greater than $106,447.20?
   ☐ Yes   ☒ No

3. Do you receive more than $106,447.20 of the offering entity's or parent entity's distributive income?   (Note: Distributive income is, for these purposes, any type of distribution of profits. An annual salary is not distributive income.)
   ☒ Yes   ☐ No

4. Do you receive greater than 5% of the offering entity's or parent entity's total distributive income, but which is less than $106,447.20?
   ☐ Yes   ☒ No

5. If you responded yes to any of questions 1 – 4 above, please provide either the percentage or dollar amount of your ownership or distributive share of income: 76.094081. For partnerships with more than 50 partners, the percentage share of ownership of each individual identified above may be shown in the following ranges (dollar value fields must also be completed when applicable):
   0.5% or less_____ >0.5 to 1.0% _____>1.0 to 2.0%_____ >2.0 to 3.0 %_____> 3.0 to 4.0%_____%
   >4.0 to 5.0%_____and in additional 1% increments as appropriate _____%

6. If you responded yes to any of the questions 1-4 above, please check the appropriate type of ownership/distributable income share:

   Sole Proprietorship ☐   Stock ☒   Partnership ☐   Other (explain)_____

   | Name: | Bantry Group Corporation | G. Norman McCann |
   |---|---|---|
   | Address: | 425 Holiday Drive | 2116 Crown Drive |
   | | Pittsburgh, PA 15220 | St. Augustine, FL 32092 |

i. In relation to individuals identified above, indicate whether any of the following potential conflict of interest relationships apply. If "Yes," please describe each situation (label with appropriate letter) using the space at the end of this section (attach additional pages as necessary). If no individual has been identified above, mark not applicable (N/A) here _____

(a)   State employment, currently or in the previous 3 years, including contractual employment of   Yes ☐   No ☒
services directly with the individuals identified in Section 1 in their individual capacity unrelated to the Vendor's contract.

(b)   State employment of spouse, father, mother, son, or daughter, including contractual employment   Yes ☐   No ☒
for services in the previous 2 years.

(c)   Elective status; the holding of elective office of the State of Illinois, the government of the United   Yes ☐   No ☒
States, any unit of local government authorized by the Constitution of the State of Illinois or the statutes of the State of Illinois currently or in the previous 3 years.

(d)   Relationship to anyone holding elective office currently or in the previous 2 years; spouse, father,   Yes ☐   No ☒
mother, son, or daughter.

(e)      Appointive office; the holding of any appointive government office of the State of Illinois, the United States of America, or any unit of local government authorized by the Constitution of the State of Illinois or the statutes of the State of Illinois, which office entitles the holder to compensation in excess of expenses incurred in the discharge of that office currently or in the previous 3 years.    Yes ☐   No ☒

(f)      Relationship to anyone holding appointive office currently or in the previous 2 years; spouse, father, mother, son, or daughter.    Yes ☐   No ☒

(g)      Employment, currently or in the previous 3 years, as or by any registered lobbyist of the State government.    Yes ☐   No ☒

(h)      Relationship to anyone who is or was a registered lobbyist in the previous 2 years; spouse, father, mother, son, or daughter.    Yes ☐   No ☒

(i)      Compensated employment, currently or in the previous 3 years, by any registered election or re-election committee registered with the Secretary of State or any county clerk in the State of Illinois, or any political action committee registered with either the Secretary of State or the Federal Board of Elections.    Yes ☐   No ☒

(j)      Relationship to anyone; spouse, father, mother, son, or daughter; who is or was a compensated employee in the last 2 years of any registered election or reelection committee registered with the Secretary of State or any county clerk in the State of Illinois, or any political action committee registered with either the Secretary of State or the Federal Board of Elections.    Yes ☐   No ☒

## Section 2: Section 50-13 Conflicts of Interest *(All Vendors must complete this section)*

(a) Prohibition. It is unlawful for any person holding an elective office in this State, holding a seat in the General Assembly, or appointed to or employed in any of the offices or agencies of State government and who receives compensation for such employment in excess of 60% of the salary of the Governor of the State of Illinois [$106,447.20], or who is an officer or employee of the Capital Development Board or the Illinois Toll Highway Authority, or who is the spouse or minor child of any such person to have or acquire any contract; or any direct pecuniary interest in any contract therein, whether for stationery, printing, paper, or any services, materials, or supplies, that will be wholly or partially satisfied by the payment of funds appropriated by the General Assembly of the State of Illinois or in any contract of the Capital Development Board or the Illinois Toll Highway Authority.

(b) Interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in subsection (a) is entitled to receive (i) more than 7 1/2% of the total distributable income or (ii) an amount in excess of the salary of the Governor ($177,412.00], to have or acquire any such contract or direct pecuniary interest therein.

(c) Combined interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in subsection (a) together with his or her spouse or minor children is entitled to receive (i) more than 15%, in the aggregate, of the total distributable income or (ii) an amount in excess of 2 times the salary of the Governor [$354,824.00], to have or acquire any such contract or direct pecuniary interest therein.

Check One:     ☒     No Conflicts Of Interest
               ☐     Potential Conflict of Interest (If checked, name each conflicted individual, the nature of the conflict, and the name of the State agency that is associated directly or indirectly with the conflicted individual.)

## Section 3: Debarment/Legal Proceeding Disclosure *(All Vendors must complete this section).*

Each of the persons identified in Sections 1, 2 and 3 must each identify any of the following that occurred within the previous 10 years:

Debarment from contracting with any governmental entity    Yes ☐   No ☒
Professional licensure discipline    Yes ☐   No ☒
Bankruptcies    Yes ☐   No ☒
Adverse civil judgments and administrative findings    Yes ☐   No ☒
Criminal felony convictions    Yes ☐   No ☒

If any of the above is checked yes, please identify with descriptive information the nature of the debarment and legal proceeding. The State reserves the right to request more information, should the information need further clarification.

_____

_____

Kevin C. Halloran
113 Fan Court
Sewickley, PA 15143

1. Do you have an ownership share of greater than 5% of the offering entity or parent entity?
   ☒ Yes ☐ No

2. Do you have an ownership share of less than 5%, but which has a value greater than $106,447.20?
   ☐ Yes ☒ No

3. Do you receive more than $106,447.20 of the offering entity's or parent entity's distributive income?   (Note: Distributive income is, for these purposes, any type of distribution of profits. An annual salary is not distributive income.)
   ☒ Yes ☐ No

4. Do you receive greater than 5% of the offering entity's or parent entity's total distributive income, but which is less than $106,447.20?
   ☐ Yes ☒ No

5. If you responded yes to any of questions 1 – 4 above, please provide either the percentage or dollar amount of your ownership or distributive share of income: 12.635622. For partnerships with more than 50 partners, the percentage share of ownership of each individual identified above may be shown in the following ranges (dollar value fields must also be completed when applicable):
   0.5% or less____ >0.5 to 1.0% ____ >1.0 to 2.0%____ >2.0 to 3.0 %____ > 3.0 to 4.0%____%
   >4.0 to 5.0%____ and in additional 1% increments as appropriate _____%

6. If you responded yes to any of the questions 1-4 above, please check the appropriate type of ownership/distributable income share:

   Sole Proprietorship ☐   Stock ☒   Partnership ☐   Other (explain)_____

   Name:____ Banty Group Corporation _____ Kevin C. Halloran _____
   Address:____ 425 Holiday Drive _____ 113 Fan Court _____
   _____ Pittsburgh, PA 15220 _____ Sewickley, PA 15143 _____

I. In relation to individuals identified above, indicate whether any of the following potential conflict of interest relationships apply. If "Yes," please describe each situation (label with appropriate letter) using the space at the end of this section (attach additional pages as necessary). If no individual has been identified above, mark not applicable (N/A) here _____

(a)   State employment, currently or in the previous 3 years, including contractual employment of   Yes ☐   No ☒
services directly with the individuals identified in Section 1 in their individual capacity unrelated to the Vendor's contract.

(b)   State employment of spouse, father, mother, son, or daughter, including contractual employment   Yes ☐   No ☒
for services in the previous 2 years.

(c)   Elective status; the holding of elective office of the State of Illinois, the government of the United   Yes ☐   No ☒
States, any unit of local government authorized by the Constitution of the State of Illinois or the statutes of the State of Illinois currently or in the previous 3 years.

(d)   Relationship to anyone holding elective office currently or in the previous 2 years; spouse, father,   Yes ☐   No ☒
mother, son, or daughter.

(e)      Appointive office; the holding of any appointive government office of the State of Illinois, the United    Yes ☐   No ☒
States of America, or any unit of local government authorized by the Constitution of the State of Illinois or the
statutes of the State of Illinois, which office entitles the holder to compensation in excess of expenses
incurred in the discharge of that office currently or in the previous 3 years.

(f)      Relationship to anyone holding appointive office currently or in the previous 2 years; spouse,    Yes ☐   No ☒
father, mother, son, or daughter.

(g)      Employment, currently or in the previous 3 years, as or by any registered lobbyist of the State    Yes ☐   No ☒
government.

(h)      Relationship to anyone who is or was a registered lobbyist in the previous 2 years; spouse, father,    Yes ☐   No ☒
mother, son, or daughter.

(i)      Compensated employment, currently or in the previous 3 years, by any registered election or re-    Yes ☐   No ☒
election committee registered with the Secretary of State or any county clerk in the State of Illinois, or any
political action committee registered with either the Secretary of State or the Federal Board of Elections.

(j)      Relationship to anyone; spouse, father, mother, son, or daughter; who is or was a    Yes ☐   No ☒
compensated employee in the last 2 years of any registered election or reelection committee registered
with the Secretary of State or any county clerk in the State of Illinois, or any political action committee
registered with either the Secretary of State or the Federal Board of Elections.

## Section 2:  Section 50-13 Conflicts of Interest *(All Vendors must complete this section)*

(a) Prohibition. It is unlawful for any person holding an elective office in this State, holding a seat in the General Assembly, or
appointed to or employed in any of the offices or agencies of State government and who receives compensation for such
employment in excess of 60% of the salary of the Governor of the State of Illinois [$106,447.20], or who is an officer or employee
of the Capital Development Board or the Illinois Toll Highway Authority, or who is the spouse or minor child of any such person to
have or acquire any contract, or any direct pecuniary interest in any contract therein, whether for stationery, printing, paper, or
any services, materials, or supplies, that will be wholly or partially satisfied by the payment of funds appropriated by the General
Assembly of the State of Illinois or in any contract of the Capital Development Board or the Illinois Toll Highway Authority.

(b) Interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in subsection (a) is
entitled to receive (i) more than 7 1/2% of the total distributable income or (ii) an amount in excess of the salary of the Governor
($177,412.00], to have or acquire any such contract or direct pecuniary interest therein.

(c) Combined interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in
subsection (a) together with his or her spouse or minor children is entitled to receive (i) more than 15%, in the aggregate, of the
total distributable income or (ii) an amount in excess of 2 times the salary of the Governor [$354,824.00], to have or acquire any
such contract or direct pecuniary interest therein.

Check One:         ☒         No Conflicts Of Interest
                   ☐         Potential Conflict of Interest (If checked, name each conflicted individual, the nature of the conflict,
                             and the name of the State agency that is associated directly or indirectly with the conflicted individual.)

## Section 3: Debarment/Legal Proceeding Disclosure *(All Vendors must complete this section).*

Each of the persons identified in Sections 1, 2 and 3 must each identify any of the following that occurred within the previous 10
years:

Debarment from contracting with any governmental entity         Yes ☐   No ☒
Professional licensure discipline                               Yes ☐   No ☒
Bankruptcies                                                    Yes ☐   No ☒
Adverse civil judgments and administrative findings             Yes ☐   No ☒
Criminal felony convictions                                     Yes ☐   No ☒

If any of the above is checked yes, please identify with descriptive information the nature of the debarment and legal proceeding. The State reserves the right to request more information, should the information need further clarification.

_____

_____

STATE OF ILLINOIS )
COUNTY OF Fulton )

## AFFIDAVIT

I, Rosis Hinton B-72324 being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

On January 28, 2013 I witnessed a Stephen Couch # B12-1215 fall after he attempted to stand up. I heard a popping sound and observed Couch fall to the floor in pain upon returning from court unit at approximately 2:00 p.m. in which he was given an opportunity to recieve a courtside shower by a C/o Dorothy working the 7-3 shift on January 28, 2013 in a segregation unit. I also witnessed Couch complain to this C/o Dorothy about the fall as well as the injury to the arm/shoulder this C/o Dorothy stated to Couch stop whining you'll be seen after you sign up for sick call tonight, now I look on. I have personally witnessed Couch request for emergency medical attention through both security staff as well as medical staff since this incident happened. also I have witnessed Couch sign medical money vouchers on January 28, 29, and February 01, 2013 He has continuously asked for emergency medical help on first, second and third shift only to be told by medical Health employee's to fill out money voucher to sign up for sick call Couch has signed up for sick call every time it was offered. After signing several attempts for medical attention money vouchers and emergency medical attention He is now on transfer back to his parent institution a Lawrence Correctional Center and has not been seen by a nurse practitioner or Doctor since this incident happened and still have severe pain in arm/shoulder on the right side. I have witnessed all of the above.

Respectfully Submitted

Rosotis Hinton B-72324
P.O. Box 999
Illinois River Correctional Center
Canton, Illinois 61520

(Seal)

(c) For a verification upon oath or affirmation:
State of Illinois
County of Fulton )

Signed and sworn (or affirmed) to before me on _____
And _____ (name/s of person/s making statement).

_____
(Signature of Notary Public)

Mark W. Hale
4924 Wexford Run Road
Bradford Woods, PA 15015

1. Do you have an ownership share of greater than 5% of the offering entity or parent entity?
   ☒ Yes   ☐ No

2. Do you have an ownership share of less than 5%, but which has a value greater than $106,447.20?
   ☐ Yes   ☒ No

3. Do you receive more than $106,447.20 of the offering entity's or parent entity's distributive income?   (Note: Distributive income is, for these purposes, any type of distribution of profits. An annual salary is not distributive income.)
   ☒ Yes   ☐ No

4. Do you receive greater than 5% of the offering entity's or parent entity's total distributive income, but which is less than $106,447.20?
   ☐ Yes   ☒ No

5. If you responded yes to any of questions 1 – 4 above, please provide either the percentage or dollar amount of your ownership or distributive share of income: <u>5.353892</u>. For partnerships with more than 50 partners, the percentage share of ownership of each individual identified above may be shown in the following ranges (dollar value fields must also be completed when applicable):
   0.5% or less_____ >0.5 to 1.0% _____ >1.0 to 2.0%_____ >2.0 to 3.0 %_____ > 3.0 to 4.0%_____ %
   >4.0 to 5.0%_____ and in additional 1% increments as appropriate _____%

6. If you responded yes to any of the questions 1-4 above, please check the appropriate type of ownership/distributable income share:

   Sole Proprietorship ☐  Stock ☒  Partnership ☐   Other (explain)_____

   | Name: | Bantry Group Corporation | Mark W. Hale |
   |---|---|---|
   | Address: | 425 Holiday Drive | 4924 Wexford Run Road |
   | | Pittsburgh, PA 15220 | Bradford Woods, PA 15015 |

II. In relation to individuals identified above, indicate whether any of the following potential conflict of interest relationships apply. If "Yes," please describe each situation (label with appropriate letter) using the space at the end of this section (attach additional pages as necessary). If no individual has been identified above, mark not applicable (N/A) here _____

(a)   State employment, currently or in the previous 3 years, including contractual employment of services directly with the individuals identified in Section 1 in their individual capacity unrelated to the Vendor's contract.   Yes ☐   No ☒

(b)   State employment of spouse, father, mother, son, or daughter, including contractual employment for services in the previous 2 years.   Yes ☐   No ☒

(c)   Elective status; the holding of elective office of the State of Illinois, the government of the United States, any unit of local government authorized by the Constitution of the State of Illinois or the statutes of the State of Illinois currently or in the previous 3 years.   Yes ☐   No ☒

(d)   Relationship to anyone holding elective office currently or in the previous 2 years; spouse, father, mother, son, or daughter.   Yes ☐   No ☒

(e)        Appointive office; the holding of any appointive government office of the State of Illinois, the United    Yes ☐    No ☒
States of America, or any unit of local government authorized by the Constitution of the State of Illinois or the
statutes of the State of Illinois, which office entitles the holder to compensation in excess of expenses
incurred in the discharge of that office currently or in the previous 3 years.

(f)        Relationship to anyone holding appointive office currently or in the previous 2 years; spouse,    Yes ☐    No ☒
father, mother, son, or daughter.

(g)        Employment, currently or in the previous 3 years, as or by any registered lobbyist of the State    Yes ☐    No ☒
government.

(h)        Relationship to anyone who is or was a registered lobbyist in the previous 2 years; spouse, father,    Yes ☐    No ☒
mother, son, or daughter.

(i)        Compensated employment, currently or in the previous 3 years, by any registered election or re-    Yes ☐    No ☒
election committee registered with the Secretary of State or any county clerk in the State of Illinois, or any
political action committee registered with either the Secretary of State or the Federal Board of Elections.

(j)        Relationship to anyone; spouse, father, mother, son, or daughter; who is or was a    Yes ☐    No ☒
compensated employee in the last 2 years of any registered election or reelection committee registered
with the Secretary of State or any county clerk in the State of Illinois, or any political action committee
registered with either the Secretary of State or the Federal Board of Elections.

### Section 2:  Section 50-13 Conflicts of Interest (All Vendors must complete this section)

(a) Prohibition. It is unlawful for any person holding an elective office in this State, holding a seat in the General Assembly, or
appointed to or employed in any of the offices or agencies of State government and who receives compensation for such
employment in excess of 60% of the salary of the Governor of the State of Illinois [$106,447.20], or who is an officer or employee
of the Capital Development Board or the Illinois Toll Highway Authority, or who is the spouse or minor child of any such person to
have or acquire any contract, or any direct pecuniary interest in any contract therein, whether for stationery, printing, paper, or
any services, materials, or supplies, that will be wholly or partially satisfied by the payment of funds appropriated by the General
Assembly of the State of Illinois or in any contract of the Capital Development Board or the Illinois Toll Highway Authority.

(b) Interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in subsection (a) is
entitled to receive (i) more than 7 1/2% of the total distributable income or (ii) an amount in excess of the salary of the Governor
($177,412.00), to have or acquire any such contract or direct pecuniary interest therein.

(c) Combined Interests. It is unlawful for any firm, partnership, association, or corporation, in which any person listed in
subsection (a) together with his or her spouse or minor children is entitled to receive (i) more than 15%, in the aggregate, of the
total distributable income or (ii) an amount in excess of 2 times the salary of the Governor [$354,824.00], to have or acquire any
such contract or direct pecuniary interest therein.

Check One:        ☒        No Conflicts Of Interest
                 ☐        Potential Conflict of Interest (If checked, name each conflicted individual, the nature of the conflict,
                 and the name of the State agency that is associated directly or indirectly with the conflicted individual.)

### Section 3:  Debarment/Legal Proceeding Disclosure (All Vendors must complete this section).

Each of the persons identified in Sections 1, 2 and 3 must each identify any of the following that occurred within the previous 10
years:

Debarment from contracting with any governmental entity        Yes ☐    No ☒
Professional licensure discipline        Yes ☐    No ☒
Bankruptcies        Yes ☐    No ☒
Adverse civil judgments and administrative findings        Yes ☐    No ☒
Criminal felony convictions        Yes ☐    No ☒

If any of the above is checked yes, please identify with descriptive information the nature of the debarment and legal proceeding. The State reserves the right to request more information, should the information need further clarification.

# WEXFORD
MEDICINE IN CORRECTIONS

*Orthopedic Surgery*
OUTPATIENT CLINICAL GUIDELINES

## ORTHOPEDIC SURGERY GUIDELINES

| DX | Primary (Unit) Rx | Secondary (Wexford) Rx*<br>*Unless emergent, conduct collegial review. |
|---|---|---|
| **I. FRACTURES & DISLOCATIONS** | | |
| **A. Closed Fx's**<br> 1. Nondisplaced<br> 2. Less than 50% displaced | 1. Splint, Ice and Elevation<br>2. Splint, Ice and Elevation | 1. Refer Urgent<br>2. Refer Semi-Emergent |
| **B. Open Fx**<br> 1. Clean, less than 1cm<br><br> 2. Greater than 1 cm, clean<br><br> 3. Dirty | 1. Irrigate, Sterile Dressing, IV Antibiotic (consider Cephlosporin), Dose, Tetanus<br>2. Irrigate, Sterile Dressing, IV Antibiotic (consider Cephlosporin), Dose, Tetanus<br>3. Irrigate, Sterile Dressing, IV Antibiotic (consider Cephlosporin), Dose, Tetanus and Aminoglycoside | 1. Refer Semi-Emergent<br><br>2. Refer Emergent<br><br>3. Refer Emergent |
| **C. Fx with Nerve Deficit** | Splint, Elevation, Ice | Refer Emergent |
| **D. Joint Dislocation**<br> 1. Closed<br><br> 2. Open | 1. Attempt reduction, and then splint<br><br>2. Splint, sterile dressing | 1. If successful, refer Urgent; unsuccessful, Emergent<br>2. Refer Emergent |
| **II. LUMBROSACRAL SPINE** | | |
| **A. Acute Lower Back Pain**<br> 1. No Neurological Deficit<br><br> 2. Nerve Deficit<br> (foot drop, absent reflexes, incontinence) | 1. Heat, NSAIDs[1], muscle relaxant<br><br>2. Bed rest | 1. At the discretion of the clinician<br><br>2. At the discretion of the clinician |
| **B. Chronic Back Pain**<br> 1. Normal X-ray<br><br> 2. Instability<br>(Flexion/Extension greater than 10 degrees of variance end plate difference, or spondylosis greater than 25% vertical overhang.) | 1. Heat, NSAIDs[1], muscle relaxant<br><br>2. Heat, NSAIDs[1], muscle relaxant, Initiate exercises - ROM | 1. At the discretion of the clinician<br><br>2. At the discretion of the clinician |

* NSAID (Recommended Acute Treatment Regimen): Ibuprofen 400 mg T.I.D. x 5 days; one refill per 30 days
  NSAID (Recommended Chronic Treatment Regimen): Ibuprofen 400 mg T.I.D. x 7 days, discontinue x 7 days. Repeat 14 day cycle as needed. Maximum 50 tablets without follow-up.

OS -2

Adapted from *THE UNIVERSITY OF TEXAS MEDICAL BRANCH/TEXAS DEPT. OF CRIMINAL JUSTICE GUIDELINES, April 1996*
Approved by the Wexford Medical Advisory Committee – February 2004

# WEXFORD
MEDICINE IN CORRECTIONS

*Orthopedic Surgery*

OUTPATIENT CLINICAL GUIDELINES

| DX | Primary (Unit) Rx | Secondary (Wexford) Rx*<br>*Unless emergent, conduct collegial review. |
|---|---|---|
| C.  Scoliosis, Kyphosis | NSAIDs[1], exercise, heat for acute pain periods | At the discretion of the clinician |
| D.  Tumors or Infection | Symptomatic treatment | At the discretion of the clinician |
| E.  Fracture<br>1.  Less than 50% compression with no Neurologic deficit | 1.  Bed rest, analgesics, NSAIDs[1] | 1.  Refer Urgent |
| 2.  Less than 50% compression with Neurologic deficit | | 2.  Refer Emergent |
| 3.  Greater than 50% compression w/o neurological deficit | 3.  Bed rest | 3.  Refer Semi-Urgent |
| 4.  Greater than 50% with Neurological deficit | | 4.  Refer Emergent |
| **III.  HAND AND WRIST** | | |
| A.  Fractures and Dislocations | See Section I, Fx's and Dislocations | |
| B.  Lacerations<br>1.  No Neurological or Tendon involvement | 1.  Cleanse w/saline irrigation, suture, Tetanus, oral antibiotic (consider Cephlasporin) | 1.  Refer Urgent if infected or failure to heal |
| 2.  With Nerve and Tendon involvement, Clean wound | 2.  Irrigate, sterile dressing, change q 6 hrs, oral antibiotic (consider Cephlasporin), Tetanus – suture loosely | 2.  Refer Urgent |
| 3.  Nerve or Tendon involved with dirty wound | 3.  Irrigate, sterile dressing q 6 hrs, IV antibiotic (consider Cephlasporin) – Tetanus | 3.  Refer Semi-Emergent |
| C.  Carpal Tunnel or Cubital Tunnel | Splint, NSAIDs[1], NCV's and EMG's referral. | Routine referral after 6 months, if symptomatic and motor deficit identified |
| D.  Old Tendon or Nerve Injury | No treatment unless unsatisfactory functional level | Routine referral, if unsatisfactory functional level and surgery indicated |

[1] NSAID (Recommended Acute Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 5 days; one refill per 30 days
NSAID (Recommended Chronic Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 7 days, discontinue x 7 days.
Repeat 14 day cycle as needed.  Maximum 50 tablets without follow-up.

Adapted from *THE UNIVERSITY OF TEXAS MEDICAL BRANCH/TEXAS DEPT. OF CRIMINAL JUSTICE GUIDELINES, April 1996*
Approved by the Wexford Medical Advisory Committee – February 2004

# WEXFORD
MEDICINE IN CORRECTIONS

*Orthopedic Surgery*

OUTPATIENT CLINICAL GUIDELINES

| DX | Primary (Unit) Rx | Secondary (Wexford) Rx*<br>*Unless emergent, conduct collegial review. |
|---|---|---|
| I. Ankle (Sprains) | 1. Acute – rest, ice, compression, elevation<br>2. Chronic, more than 2 sprains in 6 months – RX – rest, ice, compression, elevation.<br>Strengthen peroneal (lateral calf) muscles. | Refer if chronic and RX falls X 2 |
| J. Ankle/Dislocations Fractures | Splint, ice and elevate | Refer Semi-Emergent. If significantly displaced then refer Emergent. |
| K. Infection<br> 1. DM Ulcer<br><br> 2. Gangrene<br><br><br><br><br><br> 3. Osteomylelitis | 1. Minimal cellulites RX with local wound care, Oral Antibiotics (G+ and G-).<br>2. Gas Gangrene – refer as emergency, start IV antibiotics (G+ and G-). Consider antibiotics.<br>Dry Gangrene – Refer to Amputation, start oral antibiotics (G+ and G-). Consider antiobiotics.<br>3. Osteomyletis – refer for surgery | 1. Refer for surgery if ulcer worsens and patient wants amputation.<br>2. Refer Gas Gangrene as Emergent, Dry Gangrene as Urgent (next clinic)<br><br><br>3. Refer Osteomyelitis as Urgent (next clinic) |
| L. Achilles Tendonitis | Activity modification, heel lifts, NSAIDs[1], heat.  DO NOT INJECT. | Refer Routine after 6 months of unsuccessful therapy |
| M. Ruptured Achilles Tendon | Splint, crutches, antibiotics if laceration | Refer Semi-Emergent if lacerations, Urgent if ruptured (closed) |
| N. Fx Calcaneus | Bulky type dressing, elevation, ice. | Refer Semi-Emergent |
| VII. KNEE | | |
| A. Acute Injury, no FX | Ice, Elevation, NSAIDs[1], pain management as indicated, crutches, active exercises as tolerated | Refer Urgent if locked<br>Refer Routine if symptomatic after 6 weeks |
| B. Chronic Pain | NSAIDs[1], quadriceps exercises, aspirate any effusions | Refer after 6 months or if recurrent effusions |
| C. Unstable Knee (ACL, PCL, etc.) | NSAIDs[1], activity modification | Refer Routine if surgery a consideration |
| D. Repeat Locking or Effusions | NSAIDs[1], activity modification | Refer Routine if surgery a consideration |

* NSAID (Recommended Acute Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 5 days; one refill per 30 days
  NSAID (Recommended Chronic Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 7 days, discontinue x 7 days. Repeat 14 day cycle as needed. Maximum 50 tablets without follow-up.

Adapted from *THE UNIVERSITY OF TEXAS MEDICAL BRANCH/TEXAS DEPT. OF CRIMINAL JUSTICE GUIDELINES*, April 1996
Approved by the Wexford Medical Advisory Committee – February 2004

# WEXFORD

MEDICINE IN CORRECTIONS

*Orthopedic Surgery*

OUTPATIENT CLINICAL GUIDELINES

| DX | Primary (Unit) Rx | Secondary (Wexford) Rx[*] *Unless emergent, conduct collegial review. |
|---|---|---|
| E.  Dislocation of Knee | Attempt reduction MEDICAL EMERGENCY | Refer Emergent |
| F.  Dislocation of Patella | Reduce, ice, elevation, splint | Refer Urgent if reduced Refer Semi-Emergent if not reduced |
| G.  Crepitus or Grinding | NSAIDs[1], Isometric Quads (100 SLR BID) | Refer if symptomatic after 6 months |
| H.  Pateilar Tendonitis (Jumper Knee) | NSAIDs[1], heat or ice, activity modification – (no sports), isometric quad | Refer Routine after 6 months |
| **VIII. HIP AND PELVIS** | | |
| A.  Fx | Traction or Sand bag | Refer Emergent |
| B.  Acute Injury w/o Fx | Crutches, NSAIDs[1], analgesics | Refer Routine if symptomatic for 3 months |
| C.  Chronic Pain | NSAIDs[1], activity modification (no sports, cane, ROM & strength exercises | Refer Routine after 6 months, unless obvious X-Ray changes (DJD, AVN) |
| D.  Dislocation | Reduce ASAP, MEDICAL EMERGENCY | Refer Emergent |
| **IX. CERVICAL SPINE** | | |
| A.  Fx | Cervical Collar/Sand bag (stabilize) | Refer Emergent |
| B.  Chronic Pain | Soft collar, NSAIDs[1], heat, traction if available | Refer Routine if symptomatic for 6 months or sooner if Neurological Deficit. |
| **X.  RIB/STERNAL FX** | | |
|  | Symptomatic (analgesics, rib belt, activity modification: no sports) | Referral indicated only if possible lung or blood vessel injury (widened mediastinum – Thoracic or General Surgery) |

[*]  NSAID (Recommended Acute Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 5 days; one refill per 30 days
     NSAID (Recommended Chronic Treatment Regimen):  Ibuprofen 400 mg T.I.D. x 7 days, discontinue x 7 days.
     Repeat 14 day cycle as needed.  Maximum 50 tablets without follow-up.

Adapted from *THE UNIVERSITY OF TEXAS MEDICAL BRANCH/TEXAS DEPT. OF CRIMINAL JUSTICE GUIDELINES*, April 1996
Approved by the Wexford Medical Advisory Committee – February 2004

**3-4329**
**(Ref.2-4274)**

Each policy, procedure, and program in the health care delivery system is reviewed at least annually by the appropriate health care authority and revised if necessary. Each document bears the date of the most recent review or revision and signature of the reviewer.

*Comment:* None

## General Policies

### Continuity of Care

**3-4330**
**(Ref.2-4299)**

Written policy, procedure, and practice require continuity of care from admission to discharge from the facility, including referral to community care when indicated.

*Comment:*
When health care is transferred to providers in the community, appropriate health information should be shared with the new providers in accord with consent requirements.

### Unimpeded Access to Care

**3-4331**
**(Ref.2-4300)**
**Mandatory**

Written policy, procedure, and practice provide for unimpeded access to health care and for a system for processing complaints regarding health care. These policies are communicated orally and in writing to inmates upon arrival in the facility and are put in a language clearly understood by each inmate.

*Comment:*
No member of the correctional staff should approve or disapprove requests for attendance at sick call. The facility should follow the policy of explaining access procedures orally to inmates unable to read. When the facility frequently has non-English speaking inmates, procedures should be explained and written in their language.

### Facilities and Equipment

**3-4332**
**(Ref.2-4275)**
**Mandatory**

An adequately equipped medical facility that meets the legal requirements for a licensed general hospital with respect to the services it offers is available to all inmates.

*Comment:*
Institutions that cannot provide the required hospital care in-house should provide such care outside the institution through contractual arrangements.

---

**3-4333**
**(Ref.2-4277)**

Space, equipment, supplies, and materials for health services are provided and maintained as determined by the health authority.

*Comment:*
The type of space and equipment will depend on the level of health care provided in the institution. Equipment should be checked and tested periodically and secured from inmate access. All institutions should provide space where an inmate can be examined and treated in private.

## Personnel

### Qualifications

**3-4334**
**(Ref.2-4284)**
**Mandatory**

Appropriate state and federal licensure, certification, or registration requirements and restrictions apply to personnel who provide health care services to inmates. The duties and responsibilities of such personnel are governed by written job descriptions approved by the health authority. Verification of current credentials and job descriptions are on file in the facility.

*Comment:*
Only qualified health care personnel should determine and supervise health care procedures. Written job descriptions should include the required professional qualifications and the individual's specific role in the health care delivery system. Verification of qualifications may consist of copies of current credentials or a letter from the state licensing or certifying body regarding current credential status. Nursing services are performed in accordance with professionally recognized standards of nursing practice and the jurisdiction's Nurse Practice Act.

### Administration of Treatment

**3-4335**
**(Ref.2-4286)**
**Mandatory**

Written policy, procedure, and practice provide that all treatment by health care personnel other than a physician, dentist, psychologist, optometrist, podiatrist, or other independent provider is performed pursuant to written standing or direct orders by personnel authorized by law to give such orders. Nurse practitioners and physician's assistants may practice within the limits of applicable laws and regulations.

*Comment:*
Standing medical orders are orders written for the definitive treatment of identified conditions and for the on-site emergency treatment of any person having such a condition. Direct orders are those written specifically for the treatment of one person's particular condition.

---